J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
BRENDAN KENNY (SBN 237969)
bkenny@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 925
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
SHERIFF GREGORY AHERN and
TECHNICIAN B. RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON RINEHART,<br><br>Plaintiffs,<br><br>v.<br><br>GREG ADHERN- SHERIFF, ET AL. and RICHARDSON - TECHNICIAN,<br><br>Defendants. | Case No.:  CV 07-02558 MJJ (PR)<br><br>**DEFENDANTS SHERIFF GREGORY AHERN AND TECHNICIAN B. RICHARDSON'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>Action Filed:  May 15, 2007<br>Trial Date:    TBD |

COMES NOW defendants SHERIFF GREGORY AHERN and TECHNICIAN B. RICHARDSON, in response to plaintiff's Complaint under the Civil Rights Act, 42 U.S.C. § 1983, admit, deny, and allege as follows:

In answering said Complaint, these answering defendants use the headings set forth in the Complaint, unless otherwise indicated.  These answering defendants' responses under a specific heading constitute their answer to that portion of the Complaint that is under the same subject heading.

### PLAINTIFF

Defendants admit that HARRISON RINEHART is the plaintiff in this action, and that he is currently incarcerated at Santa Rita Jail in Dublin, California.  Defendants further admit that at all times mentioned in plaintiff's complaint, he was incarcerated at Santa Rita Jail in Dublin, California.

## DEFENDANTS

Defendant SHERIFF GREGORY AHERN admits that he is a defendant in this action and that as Sheriff of Alameda County, he is head of the Alameda County Sheriff's Office. Defendant SHERIFF GREGORY AHERN further admits that at all times mentioned in plaintiff's Complaint he served as Sheriff of Alameda County.

Defendant TECHNICIAN B. RICHARDSON admits that he is a defendant in this action, and that at all times mentioned in plaintiff's Complaint he was employed as a Sheriff's Technician at Santa Rita Jail in Dublin, California. Defendant TECHNICIAN B. RICHARDSON further admits that part of his responsibilities as a Sheriff's Technician at all times mentioned in plaintiff's Complaint was to open and close the cell doors of inmates.

## STATEMENT OF CLAIM[1]

1. Defendants admit that on February 11, 2007, at approximately 8:43am, inmate Carl Philips entered the cell of plaintiff after defendant TECHNICIAN B. RICHARDSON allowed Mr. Philips access to plaintiff's cell. Defendants further admit that the two inmates started arguing. Soon thereafter, the two began fighting. Regarding plaintiff's allegation that plaintiff's cell door was closed after Mr. Philips entered, defendants lack sufficient information and belief to respond to the allegation, and on that basis deny the allegation.

2. Defendants admit that Deputy Sheriff M. Tolero delivered a stream of Oleoresin Capsicum spray to the facial area of plaintiff and inmate Carl Philips in an effort to prevent either inmate from inflicting serious injury on the other.

3. Defendants admit that following the incident on February 11, 2007, plaintiff was treated by a nurse. Defendants deny plaintiff's allegation that his back, neck, and left knee were seriously injured during the February 11, 2007 incident.

4. Defendants admit that plaintiff's reading glasses were retrieved after the incident on February 11, 2007. Defendants further admit that the glasses were damaged. Defendants lack sufficient information and belief to respond to plaintiff's allegation the glasses were broken during the incident on February 11, 2007, and on that basis deny the allegation.

---

[1] Given plaintiff's confused and disjointed description of the claim in this Complaint, defendants have created their own caption.

**RELIEF**

Defendants admit that plaintiff seeks compensatory, damages, punitive damages, and attorney fees. However, Defendant denies that Plaintiff is entitled to the relief he seeks, or any other relief.

**AFFIRMATIVE DEFENSES**

AS SEPARATE AND AFFIRMATIVE DEFENSES, Defendant alleges as follows:

1. Defendants allege that any and all events and happenings in connection with the allegations contained in plaintiff's Complaint, and the resulting injuries and damages, if any, referred to therein, were caused or contributed to by the negligence or fault of plaintiff in that plaintiff was negligent or otherwise at fault in and about the matters and things set forth in the Complaint.

2. Defendants allege that the Court lacks jurisdiction over some or all of Plaintiff's claims.

3. Defendants allege that the Complaint fails to state a cause of action upon which relief may be granted.

4. Defendants allege that Plaintiff's claims are barred, limited or controlled because Plaintiff failed to exhaust his administrative remedies, and/or failed to exhaust his appeal rights related to his grievance.

5. Defendants allege that Plaintiff has not been deprived of any rights, privileges, or immunities guaranteed by the laws of the United States or by the laws of the State of California.

6. Defendants allege that their actions were, at all times, based on legitimate penological justifications.

7. Defendants allege that Plaintiff has suffered no actual injury due to defendants' conduct.

8. Defendants allege that Plaintiff lacks standing to assert the claims asserted in the Complaint.

9. Defendants allege that Plaintiff's claims are not ripe.

10. Defendants allege that Plaintiff's claims are moot.

11. Defendants allege that they are entitled to all state immunities, including, but not limited to, those in the California Government Code.

12. Defendants allege that they are not liable as their conduct was not the proximate cause of harm, if any, to Plaintiff.

13. Defendants allege that they are immune from liability pursuant to the Federal Civil Rights Act because they acted in good faith and held an honest, reasonable belief that their actions were necessary and within the law.

14. Defendants did not act with malicious intent or reckless disregard for Plaintiff's rights, and therefore are not liable for punitive damages.

15. Defendants invoke the doctrines of collateral estoppel and res judicata.

16. Defendants elect to invoke the provisions of Code of Civil Procedure § 667.7 and of Proposition 51, enacted into law in the State of California.

17. Defendants invoke the doctrines of laches, waiver, estoppel, and unclean hands.

18. Defendants allege that plaintiff has failed to exercise reasonable care and diligence to avoid loss and to minimize damages and, further, has aggravated his alleged injuries by his failure to use reasonable care. Therefore, plaintiff may not recover for losses which could have been prevented by reasonable efforts on his own part, or by expenditures that might reasonably have been made. Plaintiff's recovery, if any, should be reduced by the failure of the plaintiff to mitigate his damages.

19. Plaintiff consented to the matters of which he now complains.

20. Defendants allege that because the Complaint is couched in conclusory terms, Defendants cannot anticipate fully all affirmative defenses that may be applicable in this matter. Accordingly, the right to assert additional affirmative defenses, if and to the extent such affirmative defenses are applicable, is hereby reserved.

## **DEMAND FOR JURY TRIAL**

WHEREFORE, Defendants makes a demand under Rule 38 of the Federal Rules of Civil Procedure that this matter be tried by and before a jury to the extent provided by law.

## **PRAYER FOR RELIEF**

WHEREFORE, these answering defendants pray for judgment as follows:

1. That judgment be rendered in favor of Defendants and against Plaintiff;

2. That Plaintiff takes nothing by the Complaint;

///

///

4

3. That Defendants be awarded costs of suit and attorney's fees; and

4. That Defendants be awarded such other relief as this Court may deem proper.

Dated: September 4, 2007

ANDRADA & ASSOCIATES

By _____
BRENDAN KENNY
Attorneys for Defendants
SHERIFF GREGORY AHERN and
TECHNICIAN B. RICHARDSON

5

## PROOF OF SERVICE

<u>Rinehart v. Ahern, et al.</u>
U.S. District Court, ND,  Case No. CV 07-02558 MJJ (PR)

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 925, Oakland, California; and that on September 4, 2007, I served a true copy of the foregoing document(s) entitled:

**DEFENDANT SHERIFF GREGORY AHERN AND TECHNICIAN B. RICHARDSON'S ANSWER TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Harrison Rinehart #AMB-221                    **Pro Per**
Santa Rita County Jail
5325 Broder Boulevard, 8-B-4
Dublin, CA  94568

__X__   (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

_____   (By Hand)  I caused each envelope to be delivered by hand to the person(s) listed above.

_____   (By Telecopy)  I caused each document to be sent by fax to the fax as indicated above.

_____   (By Overnight Delivery)  I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2007, at Oakland, California.

*[signature]*
SHERRY P. ACOSTA

{00051125.DOC/}
PROOF OF SERVICE

1