J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
BRENDAN KENNY (SBN 237969)
bkenny@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161

Attorneys for Defendants
SHERIFF GREGORY AHERN and
SHERIFF'S TECHNICIAN BEN RICHARDSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON RINEHART,<br><br>             Plaintiffs,<br><br>      v.<br><br>GREG AHERN- SHERIFF, ET AL. and<br>RICHARDSON - TECHNICIAN,<br><br>             Defendants. | Case No.:  CV 07-02558 MJJ (PR)<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>Action Filed:  May 15, 2007<br>Trial Date:     TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately the address of the law firm of Andrada & Associates has changed.  Please make note of the following:

Andrada & Associates
Professional Corporation
180 Grand Avenue, **Suite 225**
Oakland, California 94612

The telephone and facsimile numbers remain the same.

Dated:       October 1, 2007                      ANDRADA & ASSOCIATES


By _____
BRENDAN KENNY
Attorneys for Defendants
SHERIFF GREGORY AHERN and
TECHNICIAN RICHARDSON

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

**PROOF OF SERVICE**

*Rinehart v. Ahern, et al.*
**U.S. District Court, ND,  Case No. CV 07-02558 MJJ (PR)**

I, the undersigned, declare that I am over the age of 18 years and not a party to the within action; that my business address is 180 Grand Avenue, Suite 225, Oakland, California; and that on October 8, 2007, I served a true copy of the foregoing document(s) entitled:

**NOTICE OF CHANGE OF ADDRESS**

on the parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

Harrison Rinehart #AMB-221              **Pro Per**
Santa Rita County Jail
5325 Broder Boulevard, 8-B-4
Dublin, CA  94568

   X    (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Andrada & Associates.

_____    (By Hand)  I caused each envelope to be delivered by hand to the person(s) listed above.

_____    (By Telecopy)  I caused each document to be sent by fax to the fax as indicated above.

_____    (By Overnight Delivery)  I caused each envelope to be delivered by overnight delivery to the person(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2007, at Oakland, California.

*Georgia Lee*
GEORGIA LEE

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

{00051125.DOC/} RMS 0666
PROOF OF SERVICE