1  J. RANDALL ANDRADA (SBN 70000)
   randrada@andradalaw.com
2  BRENDAN KENNY (SBN 237969)
   bkenny@andradalaw.com
3  **ANDRADA & ASSOCIATES**
   **PROFESSIONAL CORPORATION**
4  180 Grand Avenue, Suite 225
   Oakland, California 94612
5  Tel.:  (510) 287-4160
   Fax:   (510) 287-4161
6
   Attorneys for Defendants
7  SHERIFF GREGORY AHERN and
   SHERIFF'S TECHNICIAN B. RICHARDSON
8

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

HARRISON RINEHART,                    Case No.:  CV 07-02558 MJJ (PR)
13
         Plaintiffs,                  **DECLARATION OF BRENDAN KENNY**
14                                    **IN SUPPORT OF DEFENDANTS'**
     v.                               **MOTION FOR SUMMARY JUDGMENT**
15                                    **(FEDERAL RULE OF CIVIL**
GREG AHERN- SHERIFF, ET AL. and       **PROCEDURE 56)**
16 RICHARDSON - TECHNICIAN,
                                      No hearing pursuant to 7-30-07 order
17       Defendants.
                                      Action Filed:  May 15, 2007
18                                    Trial Date:    TBD

19
     I, BRENDAN KENNY, declare:
20
     1.  I am an attorney at law duly licensed to practice law before all the courts of the State of
21
California and am an associate at the law firm of ANDRADA & ASSOCIATES, attorneys of record for
22
Defendants SHERIFF'S TECHNICIAN RICHARDSON ("Technician Richardson") and SHERIFF
23
GREGORY AHERN ("Sheriff Ahern").  By virtue of said representation, I have personal knowledge of
24
the facts set forth herein and if called upon to testify would and could competently do so.  Defendants'
25
Memorandum of Points and Authorities in Support of Motion for Summary Judgment is hereby
26
incorporated by reference as though fully set forth.
27
     2.  Attached as Exhibit A is a true and correct copy of the Alameda County Criminal History
28
Report for inmate Harrison Rinehart – PFN #AMB221 with its corresponding declaration of Sergeant

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1

1  K. L. Martinez, the duly authorized Custodian of Records for the Alameda County Sheriff's Office.

2  Her declaration also serves to authenticate Exhibits B and C to my declaration.

3       3. Attached as Exhibit B is a true and correct copy of the Alameda County Sheriff's Office

4  Inmate Disciplinary History.

5       4. Attached as Exhibit C is a true and correct copy of Alameda County Sheriff's Office Inmate

6  Grievance #07G-S0266.

7       I declare under penalty of perjury under the laws of California and the United States of America

8  that the foregoing is true and correct, and that this declaration was executed on October 24, 2007 in

9  Oakland, California.

10

11  Dated:     October 24, 2007                    ANDRADA & ASSOCIATES

12

13                                     By _Brendan Kenny_____

14                                        BRENDAN KENNY
                                          Attorneys for Defendant

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00051921.DOC/}RMS 0666                              *Rinehart v. Adhern, et al.* - C07 2558 MJJ (PR)
DECLARATION OF BRENDAN KENNY IN SUPPORT OF MSJ

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

EXHIBIT A

    

# DECLARATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the duly authorized Custodian of Records for the ALAMEDA COUNTY SHERIFF'S OFFICE, with personal knowledge of the facts set forth below, and authority to certify said records, do hereby attest to the following facts:

I am an employee of the organization listed above and have personal knowledge of the procedures and practices reflected in these records.

The records pertaining to **HARRISON M. RINEHART-PFN #AMB221** are as follows:

Alameda County Criminal History Report
Alameda County Sheriff's Office Inmate Disciplinary History
Alameda County Sheriff's Office Inmate Grievance #07G-S0266

The records were prepared in the ordinary course of business, by the personnel of said organization for which I am the Custodian of Records, at or near the time of the acts, condition, or events depicted therein. As Custodian, I testify to the records' identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in this matter, I could and would competently testify under oath to the foregoing facts.

I hereby declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

**EXECUTED ON:** October 22, 2007

**EXECUTED AT:** 1401 Lakeside Drive, 7th floor
Oakland, CA 94612
(510) 208-9800

**SIGNED:**

K. J. Martinez, Sergeant #745

EXHIBIT ___A___

```
JPQH *PFN :AMB221    11590HS REGISTRANT       :, 09/05/07 0925 PAGE 1
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON  *MNAM :M        *GEN :  :JXG830
*DOB :11/05/58*POB :MO*HGHT :510*WGHT :160*HAIR :00*EYES :BR*RACE :B*SEX :M
CEN; 6267923  BOOK; 10/26/06 0107 ARST; 00109-8287A STAT; REL PDF;
 ENTRY CHARGE    M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 3056     F              / /          / /
CEN; 6267922  BOOK; 10/26/06 0104 ARST; 00109-8287A STAT; HELD PDF; O069936  B
 ENTRY CHARGE    M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  VC 10851(A)  F     01440 523830  10/26/06  C9477  05  L8 03/09/07
  I  VC 10851(A)  F     01100 154885  03/22/07  C7856  05      / /
  B  PC 496(A)    F     01440 523830  10/27/06  C9477      G4 10/27/06
CEN; 6224373  BOOK; 03/27/06 1413 ARST; 00109-7433P STAT; REL PDF;
 ENTRY CHARGE    M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 3056     F              / /          / /
CEN; 6224371  BOOK; 03/27/06 1409 ARST; 00109-7433P STAT; DISM PDF;
 ENTRY CHARGE    M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 245A)2)USE F    01440 517760  03/29/06  C9477      L8 04/26/06
  I  PC 245A)2)USE F    01100 152424  05/09/06  K6194      Q8 06/28/06
  C  PC 459 2NDD  F     01440 517760  03/29/06  C9477      L8 04/26/06
  I  PC 459 1ST   F     01100 152424  05/09/06  K6194      Q8 06/28/06
  C  PC 12316(B)(1 F    01440 517760  03/29/06  C9477      L8 04/26/06
```

```
JPQH *PFN :AMB221    11590HS REGISTRANT    , 09/05/07 0925 PAGE 2
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON  *MNAM :M    *GEN :  :JXG830
ENTRY CHARGE     M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
 I  PC 12316(B)(1 F    01100 152424  05/09/06  K6194      Q8 06/28/06
 C  PC 12021(A)1 F     01440 517760  03/29/06  C9477  04  L8 04/26/06
 I  PC 12021(A)1 F     01100 152424  05/09/06  K6194  04  Q8 06/28/06
CEN; 5286888  BOOK; 11/30/05 1919 ARST; 00100-F1206 STAT; REL  PDF;
 ENTRY CHARGE     M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 3056      F         / /              / /
CEN; 5285366  BOOK; 11/22/05 0233 ARST; 00109-8023P STAT; NCOM PDF;
 ENTRY CHARGE     M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  HS 11364     M         / /            T2 11/23/05
CEN; 5243972  BOOK; 05/09/05 2128 ARST; 00109- 8400 STAT; RTC  PDF;
 ENTRY CHARGE     M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 3056      F         / /              / /
CEN; 5243971  BOOK; 10/26/06 0108 ARST; 00109- 8400 STAT; HELD PDF; S063670
 ENTRY CHARGE     M/F CODE  COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 496(A)    F    01440 509778  06/07/05  C9477  03  G4 06/07/05
  C  VC 10851(A)  F    01440 509778  06/07/05  C9477  04  J4 09/28/05
  M  VC 10851(A)  F    01440 509778  06/07/05  C9477      N5 09/28/05
  I  VC 10851(A)  F    01100 150986  10/05/05  M7873      N  01/11/06
```

```
JPQH *PFN :AMB221    11590HS REGISTRANT    ., 09/05/07 0925 PAGE 3
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON  *MNAM :M    *GEN :  :JXG830
CEN; 5224063 BOOK; 02/08/05 0809 ARST; 00109-H8225 STAT; REL PDF;
  ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA  PRS DISP  DATE
   B PC 3056    F            / /            / /
CEN; 5224062 BOOK; 02/08/05 0808 ARST; 00109-H8225 STAT; DISM PDF; O051454
  ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA  PRS DISP  DATE
   B HS 11350(A) F     01440 506565  02/08/05  L1988  03  R8 04/05/05
   B HS 11550(A) M     01440 506565  02/08/05  L1988      G4 02/09/05
CEN; 4265872 BOOK; 07/08/04 1532 ARST; 03895-S9073 STAT; RTC PDF;
  ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA  PRS DISP  DATE
   B PC 3056    F            / /            T4 08/27/04
CEN; 4265056 BOOK; 02/09/05 2003 ARST; 00109-W8048 STAT; GTS PDF;
  ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA  PRS DISP  DATE
   B HS 11350(A)  F     01440 500466  07/07/04  L1998  03  H4 08/26/04
   B VC 12500(A)  M     01440 500466  07/07/04  L1998      G4 07/07/04
   B VC 24400     I     01440 500466  07/07/04  L1998      G4 07/07/04
   B VC 4000(A)   I     01440 500466  07/07/04  L1998      G4 07/07/04
   M HS 11350(A)  M     01440 500466  07/07/04  L1998      K6 08/26/04
   I HS 11350(A)  F     01100 S500466 07/08/04  S7948      H5 08/26/04
CEN; 4234741 BOOK; 02/23/04 0734 ARST; 00109-H8897 STAT; REL PDF;
```

JPQH *PFN :AMB221    11590HS REGISTRANT    ., 09/05/07 0925 PAGE 24
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON    *MNAM :M    *GEN : :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | PC 3056 | F | | / / | | / / | | | | |

CEN; 4234740  BOOK; 02/23/04 0729 ARST; 00109-H8897 STAT; NCOM PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | HS 11364 | M | 3599 | | / / | | U4 | 02/24/04 | | |

CEN; 3278351  BOOK; 08/27/03 1253 ARST; 00109-D7607 STAT; RTC PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | PC 3056 | F | | / / | | / / | | | | |

CEN; 3260405  BOOK; 06/10/03 1540 ARST; 03895- CDC STAT; REL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | PC 3056 | F | | / / | | / / | | | | |

CEN; 3241762  BOOK; 03/19/03 0849 ARST; 00114- FS11 STAT; REL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | PC 3056 | F | | / / | | / / | | | | |

CEN; 3241761  BOOK; 06/09/03 0511 ARST; 00114- FS11 STAT; BAIL PDF; O033789  B

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | HS 11350(A) | F | 3599 | 01440 | 485874 | 03/20/03 | C0282 | 03 | L8 | 06/19/03 |
| I | HS 11350(A) | F | 3599 | 01100 | 145426 | 07/02/03 | H1950 | | H3 | 08/13/03 |
| B | HS 11364 | M | 3599 | 01440 | 485874 | 03/20/03 | C0282 | | K0 | 06/19/03 |

JPQH *PFN :AMB221    11590HS REGISTRANT        ., 09/05/07 0925 PAGE 5
*DSTN :KJM
*LNAM :RINEHART        *FNAM :HARRISON  *MNAM :M        *GEN :  :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|-----|-----|------|------|
| I | HS 11364 | M | 3599 | 01100 | 145426 | 07/02/03 | H1950 | 03 | C7 | 08/13/03 | |
| B | CO 38906 | M | .01440 | 485874 | 03/20/03 | C0282 | | G4 | 03/20/03 | | |
| S | HS 11350(B) | M | | 01100 | 145426 | 07/02/03 | H1950 | | K6 | 08/13/03 | |

CEN; 2279980  BOOK; 09/10/02 1033 ARST; 00109-F8144 STAT; PREL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|-----|-----|------|------|
| B | PC 496.1 | F | 2803 | | / / | | U3 | 09/12/02 | | | |
| B | VC 14601.1(A) | M | 5408 | | / / | | U3 | 09/12/02 | | | |
| B | HS 11364 | M | 3599 | | / / | | U3 | 09/12/02 | | | |

CEN; 2279979  BOOK; 09/10/02 1030 ARST; 00109-F8144 STAT; RTC PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|-----|-----|------|------|
| B | PC 3056 | F | 5011 | | / / | | / / | | | | |

CEN; 1270581  BOOK; 08/23/01 0848 ARST; 00104-D4525 STAT; PREL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|-----|-----|------|------|
| B | VC 10851(A) | F | 2404 | | / / | | T2 | 08/24/01 | | | |
| B | PC 667.5(B) | F | 1399 | | / / | | T2 | 08/24/01 | | | |

CEN; 1249652  BOOK; 08/23/01 0855 ARST; 00109-C4324 STAT; DISM PDF; O017939

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|-----|-----|------|------|
| B | VC 14601.1(A) | M | 5408 | .01440 | 3871311 | / / | | G6 | 06/27/01 | | |

JPQH *PFN :AMB221    11590HS REGISTRANT    *., 09/05/07 0925 PAGE 6
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON  *MNAM :M    *GEN : :JXG830

| ENTRY CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|
| B VC 16028A | I | 5400 | 01440 | 3871311 | / / | | G6 | 06/27/01 | |
| B VC 4000A | I | 5400 | 01440 | 3871311 | / / | | G6 | 06/27/01 | |

CEN; 1249651  BOOK; 05/29/01 2122 ARST; 00109-U8170 STAT; PREL PDF;

| ENTRY CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|
| B HS 11350(A) | F | 3599 | | | / / | 03 | T2 | 05/30/01 | |

CEN; 0357608  BOOK; 05/16/00 2044 ARST; 00109-C6962 STAT; DISM PDF;

| ENTRY CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|
| B PC 12021(A) | F | 5212 | | | / / | 03 | U3 | 05/18/00 | |
| B PC 246 | F | 1399 | | | / / | | U3 | 05/18/00 | |
| B HS 11364 | M | 3599 | | | / / | | U3 | 05/18/00 | |

CEN; 0333844  BOOK; 04/13/02 2135 ARST; 00109-V8089 STAT; REL PDF; S013339

| ENTRY CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|
| B VC 10851(A) | F | 2404 | 01440 | 453897 | 02/15/00 | G3918 | 02 | G4 | 02/15/00 |
| B PC 496 | F | 2803 | 01440 | 453897 | 02/15/00 | G3918 | | G4 | 02/15/00 |
| B HS 11350(A) | F | 3599 | 01440 | 453897 | 02/15/00 | G3918 | | G4 | 02/15/00 |
| B PC 242 | M | 1313 | 01440 | 453897 | 02/15/00 | G3918 | | G4 | 02/15/00 |
| B HS 11364 | M | 3599 | 01440 | 453897 | 02/15/00 | G3918 | | G4 | 02/15/00 |
| B PC 667.5(B) | F | 1399 | 01440 | 453897 | 02/15/00 | G3918 | | G4 | 02/15/00 |

JPQH *PFN :AMB221    11590HS REGISTRANT        *., 09/05/07 0925 PAGE 7
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON  *MNAM :M    *GEN :  :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|----|----|------|------|
| C | HS 11350(A) | F | | 01440 | 453897 | / / | | 02 | N3 | 02/18/00 | |
| I | HS 11350(A) | F | | 01100 | S453897 | / / | | | N | 03/17/00 | |

CEN; 7198885 BOOK; 11/25/98 1946 ARST; 00109-C4324 STAT; DISM PDF; O9814785

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|----|----|------|------|
| B | PC 242 | M | | 01440 | 428734 | 11/19/97 | G1212 | | W2 | 12/01/98 | |

CEN; 8291036 BOOK; 11/25/98 1941 ARST; 03895-A3410 STAT; REL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|----|----|------|------|
| B | PC 3056 | F | | | / / | | / / | | | | |

CEN; 6131509 BOOK; 08/09/96 1622 ARST; 0010D-B4168 STAT; CITJ PDF; L962340

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|----|----|------|------|
| B | VC 14601.5(A) | M | | 01435 | 75323 | 03/11/96 | 44168 | | H3 | 11/06/96 | |
| M | VC 12500A | M | | 01435 | 75323 | 03/11/96 | 44168 | | K6 | 11/06/96 | |

CEN; 4137786 BOOK; 02/20/94 1620 ARST; 00109-R7572 STAT; PREL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|----|----|------|------|
| B | HS 11350(A) | F | 3599 | | / / | | A3 | 02/22/94 | | | |

CEN; 3195781 BOOK; 02/22/94 2333 ARST; 00109-K7671 STAT; STPL PDF; S94499  B

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|------|------|----|----|------|------|
| B | PC 245(A)(1) | F | 1399 | 01440 | 378910 | 09/21/93 | 41017 | 01 | L8 | 10/04/93 | |

```
JPQH *PFN :AMB221   11590HS REGISTRANT        *., 09/05/07 0925 PAGE 8
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON  *MNAM :M        *GEN :  :JXG830
ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  I  PC 245A)1)U/G F 1399  01100 117787  10/18/93  D8243  01  W9 01/12/94
  S  PC 245(1)USE F     01100 117787  10/18/93  D8243     K6 .01/12/94
CEN; 3195776  BOOK; 09/17/93 1915 ARST; 00109-E7973 STAT; REL PDF;
ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  HS 11364     M  3599          / /          T6  09/22/93
CEN; 3194246  BOOK; 09/12/93 2128 ARST; 00109-M6887 STAT; PREL PDF;
ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  VC 10851(A)  F  2404        / /          T2  09/14/93
  B  PC 496.1     F  2803        / /          T2  09/14/93
  B  VC 12500(A)  M  5400        / /          T2  09/14/93
CEN; 3159507  BOOK; 05/15/93 0451 ARST; 00109-T3877 STAT; ENRT PDF;
ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  PC 666      F              / /          / /
CEN; 3159505  BOOK; 05/15/93 0445 ARST; 00109-T3877 STAT; GTS PDF;
ENTRY CHARGE    M/F CODE COURT DOCKET FILE DATE  DA   PRS DISP  DATE
  B  LO 3-4.21   M              / /          / /
  B  PC 853.7    M  5015        / /          / /
CEN; 3159503  BOOK; 05/15/93 0440 ARST; 00109-N7642 STAT; CITJ PDF;
```

JPQH *PFN :AMB221    11590HS REGISTRANT    ., 09/05/07 0925 PAGE 9
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON   *MNAM :M      *GEN : :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | HS 11550(A) | M | 3599 | | / / | | | | / / | |

CEN; 2196619  BOOK; 10/09/92 0843 ARST; 00109-H7619 STAT; DISM PDF; O9213445

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | VC 10851(A) | F | 2404 | 01440 | 367830 | 10/13/92 | 51998 | 01 | R8 | 11/13/92 |
| C | PC 496.1 | F | | 01440 | 367830 | 10/13/92 | 51998 | | R8 | 11/13/92 |

CEN; 2190385  BOOK; 09/19/92 0459 ARST; 00109-S7953 STAT; PREL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | VC 10851(A) | F | 2404 | | / / | | | A3 | 09/22/92 | |

CEN; 2167703  BOOK; 01/06/94 1718 ARST; 00109-F7353 STAT; REL PDF; S9465  D

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | HS 11352 (A) | F | 3599 | 01440 | 364680B | 07/13/92 | 67168 | | K | 07/28/92 |
| I | HS 11352 | F | 3599 | 01100 | 112430B | 08/10/92 | G9620 | | H3 | 08/18/92 |
| S | HS 11351 | F | | 01100 | 112430B | 08/10/92 | G9620 | | K6 | 08/18/92 |

CEN; 2166132  BOOK; 07/05/92 0858 ARST; 00109-B7709 STAT; CITJ PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | VC 23152(A) | M | 5499 | | / / | | T2 | 07/13/92 | | |
| B | VC 12500(A) | I | 5400 | | / / | | T2 | 07/13/92 | | |
| B | VC 24600 | I | 5400 | | / / | | T2 | 07/13/92 | | |

```
JPQH *PFN :AMB221   11590HS REGISTRANT    .; 09/05/07 0925 PAGE 10
*DSTN :KJM
*LNAM :RINEHART     *FNAM :HARRISON   *MNAM :M      *GEN :  :JXG830
 ENTRY CHARGE    M/F CODE  COURT  DOCKET  FILE DATE  DA   PRS DISP  DATE
   B  VC 27315(D)  I  5400              / /           T2  07/13/92
CEN; 2150319  BOOK; 05/14/92 0315 ARST; 00100-M6091 STAT; ENRT PDF;
 ENTRY CHARGE    M/F CODE  COURT  DOCKET  FILE DATE  DA   PRS DISP  DATE
   B  PC 1320      F            / /         / /
   B  PC 666       F            / /         / /
CEN; 2150316  BOOK; 05/14/92 0312 ARST; 00100-M6091 STAT; PROB PDF;
 ENTRY CHARGE    M/F CODE  COURT  DOCKET  FILE DATE  DA   PRS DISP  DATE
   B  VC 14601.1(A) M  5400  01440 3249361   / /        G6  05/14/92
CEN; 2150313  BOOK; 05/14/92 0303 ARST; 00100-M6091 STAT; DISM PDF;
 ENTRY CHARGE    M/F CODE  COURT  DOCKET  FILE DATE  DA   PRS DISP  DATE
   B  VC 14601.1(A) M  5400  01440 3239238   / /        G6  05/14/92
CEN; 2125307  BOOK; 02/27/92 0029 ARST; 00109-W7716 STAT; NCOM PDF;
 ENTRY CHARGE    M/F CODE  COURT  DOCKET  FILE DATE  DA   PRS DISP  DATE
   B  PC 484/666   F            / /              U3  02/27/92
CEN; 2120212  BOOK; 02/08/92 0153 ARST; 00109-R7651 STAT; CITJ PDF; O924390
 ENTRY CHARGE    M/F CODE  COURT  DOCKET  FILE DATE  DA   PRS DISP  DATE
   B  OT 143      I    01440 360539  03/25/92  67168    G4  03/25/92
   B  HS 11550(A)  M  3599  01440 360539  03/25/92  67168     R8  04/07/92
```

JPQH *PFN :AMB221    11590HS REGISTRANT        ., 09/05/07 0925 PAGE 11

*DSTN :KJM

*LNAM :RINEHART      *FNAM :HARRISON  *MNAM :M      *GEN : :JXG830

CEN; 1192416  BOOK; 10/20/91 2313 ARST; 00109-S7859 STAT; CITJ PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | HS 11364 | M | 3599 | | | / / | | | | / / | |

CEN; 1192403  BOOK; 10/20/91 2209 ARST; 00109-S7859 STAT; CITJ PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | HS 11364 | M | 3599 | | | / / | | | | / / | |

CEN; 1190257  BOOK; 03/10/92 1800 ARST; 00100-P1890 STAT; WTS PDF; L920196

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | PC 243(D) | M | 1399 | 01435 | 59883 | 11/01/91 | 42566 | | U1 | 01/21/91 | |
| M | PC 1320 | A | | 01435 | 59883 | 11/01/91 | 42566 | | G5 | 01/21/92 | |
| M | PC 243(D) | M | | 01435 | 59883 | 11/01/91 | 42566 | | H3 | 03/10/92 | |
| M | PC 1320 | A | | 01435 | 59883 | 11/01/91 | 42566 | | C7 | 03/10/92 | |
| M | PC 242 | M | | 01435 | 59883 | 11/01/91 | 42566 | | K6 | 03/10/92 | |

CEN; 1178630  BOOK; 07/28/93 2345 ARST; 00109-K7839 STAT; WTS PDF; O939493

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE | DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 10851(A) | M | | 01440 | 353698 | 09/09/91 | 30758 | | K6 | 09/12/91 | |
| C | PC 496.1 | M | | 01440 | 353698 | 09/09/91 | 30758 | | C7 | 09/12/91 | |
| C | VC 14601.1(A) | M | | 01440 | 353698 | 09/09/91 | 30758 | | C7 | 09/12/91 | |

CEN; 1107972  BOOK; 01/25/91 2001 ARST; 00109-M7751 STAT; WTS PDF; O911453

JPQH *PFN :AMB221     11590HS REGISTRANT          ., 09/05/07 0925 PAGE 12
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON   *MNAM :M      *GEN :  :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | VC 10851(A) | F | | 01440 | 345767 | 01/29/91 | B5216 | | U1 | 01/29/91 |
| B | PC 496.1 | F | | 01440 | 345767 | 01/29/91 | B5216 | | U1 | 01/29/91 |
| B | HS 11350(A) | F | | 01440 | 345767 | 01/29/91 | B5216 | | G4 | 01/29/91 |
| C | VC 10851 | M | | 01440 | 345767 | 01/29/91 | B5216 | | K6 | 02/01/91 |
| C | VC 496.1 | M | | 01440 | 345767 | 01/29/91 | B5216 | | C7 | 02/01/91 |
| C | VC 14601.1 | M | | 01440 | 345767 | 01/29/91 | B5216 | 05 | C7 | 02/01/91 |

CEN; 0315884 BOOK; 09/09/91 1938 ARST; 00109-H7619 STAT; REL  PDF; O9110704

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | HS 11350A | F | | / / | | T2 | 12/12/90 | | | |
| B | HS 11550A | M | | / / | | T2 | 12/12/90 | | | |
| M | HS 11550(A) | M | | 01440 | 345974 | 01/30/91 | P7168 | | K6 | 03/04/91 |

CEN; 0312140 BOOK; 01/25/91 2003 ARST; 00109-V7148 STAT; REL  PDF; O911454

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | PC 484/666 | F | | 01440 | 343523 | 11/29/90 | S5182 | | G4 | 11/29/90 |
| C | PC 484(A) | M | | 01440 | 343523 | 11/29/90 | S5182 | | K5 | 11/30/90 |

CEN; 0268042 BOOK; 09/06/90 0417 ARST; 00109-W7536 STAT; DISM PDF; O9012318 B

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|----|----|------|------|
| B | PC 459 1ST DG | F | | 01440 | 338020 | 07/20/90 | 40540 | | K | 09/20/90 |

```
JPQH *PFN :AMB221    11590HS REGISTRANT        ., 09/05/07 0925 PAGE 13
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON   *MNAM :M       *GEN:  :JXG830
ENTRY CHARGE     M/F CODE  COURT  DOCKET  FILE DATE  DA  PRS DISP  DATE
 I PC 459-1ST  F      01100 104215   / /          Q8 11/07/90
CEN; 0245021  BOOK; 05/15/90 1401 ARST; 00109-M3803 STAT; ENRT PDF;
ENTRY CHARGE     M/F CODE  COURT  DOCKET  FILE DATE  DA  PRS DISP  DATE
 B VC 23152A FTA M             / /         A7 05/17/90
CEN; 0245020  BOOK; 05/15/90 1359 ARST; 00109-M3803 STAT; ENRT PDF;
ENTRY CHARGE     M/F CODE  COURT  DOCKET  FILE DATE  DA  PRS DISP  DATE
 B VC 14601.1FTA M             / /         A7 05/17/90
CEN; 0245018  BOOK; 09/06/90 0415 ARST; 00109-H7698 STAT; REL  PDF; O9012319
ENTRY CHARGE     M/F CODE  COURT  DOCKET  FILE DATE  DA  PRS DISP  DATE
 B HS 11364    M    01440 335329  05/17/90  D1440    K5 09/24/90
 B VC 24400    I    01440 335329  05/17/90  D1440    C7 09/24/90
 B VC 12951(A) I    01440 335329  05/17/90  D1440    C7 09/24/90
 B VC 16028(A) I    01440 335329  05/17/90  D1440    C7 09/24/90
CEN; 0218387  BOOK; 03/03/90 0430 ARST; 00109-J1145 STAT; CITJ PDF;
ENTRY CHARGE     M/F CODE  COURT  DOCKET  FILE DATE  DA  PRS DISP  DATE
 B VC 23152(A)  M            / /         / /
 B VC 14601.1(A) M           / /         / /
CEN; 0218386  BOOK; 01/29/91 2013 ARST; 00109-J1145 STAT; REL  PDF; O911455
```

JPQH *PFN :AMB221    11590HS REGISTRANT          ., 09/05/07 0925 PAGE 14
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON   *MNAM :M        *GEN :  :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | PC 273.5 | F | 01440 | 332034 | 03/05/90 | H1421 | G4 | | 03/05/90 | |
| B | PC 5949(B)(4) | M | 01440 | 332034 | 03/05/90 | H1421 | | G4 | 03/05/90 | |
| C. | PC 242 | M | 01440 | 332034 | 03/05/90 | H1421 | K6 | | 03/08/90 | |

CEN; 9206162 BOOK; 12/01/89 1348 ARST; 00109-N7631 STAT; CITJ PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 23152A | M | | / / | | A7 | 12/05/89 | | | |
| B | VC 14601.1 | M | | / / | | A7 | 12/05/89 | | | |

CEN; 9164713 BOOK; 08/03/89 1005 ARST; 00109-A7664 STAT; PREL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | PC 242 | M | | / / | | T1 | 08/04/89 | | | |
| B | HS 11350(A) | F | | | | T1 | 08/04/89 | | | |

CEN; 9095993 BOOK; 01/17/89 1831 ARST; 00109-R7651 STAT; CITJ PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 14601.1 | M | | / / | | / / | | | | |
| B | VC 23152(A) | M | | / / | | / / | | | | |

CEN; 8144074 BOOK; 06/21/88 0824 ARST; 00109-H0080 STAT; ENRT PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 14601.1 | M | | / / | | / / | | | | |

JPQH *PFN :AMB221    11590HS REGISTRANT        ., 09/05/07 0925 PAGE 15
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON  *MNAM :M    *GEN : :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 4000A | I | | / / | | / / | | | | |
| B | VC 24603 | I | | / / | | / / | | | | |
| B | VC 23152A/B | M | | | / / | | / / | | | |
| B | VC 14601.1 | M | | | / / | | / / | | | |

CEN; 8144073  BOOK; 10/23/88 1937 ARST; 00109-H0080 STAT; CREL PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 14601.1(A) | M | 01440 | 12796872 | / / | | 03 | K5 | 06/21/88 | |
| B | VC 4000A | I | 01440 | 12796872 | / / | | | C7 | 06/21/88 | |
| B | VC 26710 | I | 01440 | 12796872 | / / | | | C7 | 06/21/88 | |

CEN; 8133036  BOOK; 03/05/90 2131 ARST; 00109-S6632 STAT; PROB PDF; O903162

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | PC 496.1 | F | 01440 | 305918 | 05/18/88 | 24969 | G4 | | 05/18/88 | |
| B | PC 484(E)(2) | M | 01440 | 305918 | 05/18/88 | 24969 | C7 | | 05/19/88 | |
| C | PC 496.1 | M | 01440 | 305918 | 05/18/88 | 24969 | K5 | | 05/19/88 | |

CEN; 8122770  BOOK; 04/16/88 1006 ARST; 00109-O7384 STAT; ENRT PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 14601-1 | M | | / / | | A7 | 04/20/88 | | | |
| B | VC 4000A | I | | / / | | / / | | | | |

JPQH *PFN :AMB221    11590HS REGISTRANT        *., 09/05/07 0925 PAGE 16
*DSTN :KJM
*LNAM :RINEHART      *FNAM :HARRISON   *MNAM :M      *GEN :  :JXG830

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | VC 24603 FTA | I |  |  |  | / / |  |  | / / |  |

CEN; 4088923  BOOK; 09/18/84 1004 ARST; 00189-J5385 STAT; NBTE PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | VC 14601.1A | M | 5499 | 01440 | 247463 | 09/24/84 | 45385 | | K5 | 03/13/85 |

CEN; 5016851  BOOK; 03/05/85 1957 ARST; 00124-G0810 STAT; PROB PDF; 8511639

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | VC 14601.1(A) | M | | 01430 | 90623 | 02/22/85 | 53283 | 02 | K5 | 03/21/85 |
| C | VC 12951A | I | | 01430 | 90623 | 02/22/85 | 53283 | | C7 | 03/21/85 |
| C | VC 4000A | I | | 01430 | 90623 | 02/22/85 | 53283 | | C7 | 03/21/85 |
| C | VC 5204 | I | | 01430 | 90623 | 02/22/85 | 53283 | | C7 | 03/21/85 |

CEN; 3099065  BOOK; 07/22/86 1552 ARST; 00109-W3056 STAT; WTS PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | VC 14601.1(A) | M | 5499 | 01440 | 228470 | 11/07/83 | 5385 | | K5 | 07/02/84 |
| M | PC 1203.2 | A | | 01440 | 228470 | 11/07/83 | 5385 | | H1 | 01/30/85 |
| M | PC 1203.2 | A | | 01440 | 228470 | 11/07/83 | 5385 | | H1 | 07/23/86 |

CEN; 4032239  BOOK; 07/02/84 0509 ARST; 00109-W3056 STAT; DISM PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|-------|--------|-----|------|-------|--------|-----------|-----|-----|------|------|
| B | VC 14601.1(A) | M | 5499 | 01440 | 236369 | 04/06/84 | 5385 | | R8 | 07/02/84 |

JPQH *PFN :AMB221    11590HS REGISTRANT    ., 09/05/07 0925 PAGE 17
*DSTN :KJM
*LNAM :RINEHART    *FNAM :HARRISON   *MNAM :M    *GEN : :JXG830
CEN; 4008339  BOOK; 04/21/84 0601 ARST; 00109-J7347 STAT; OR   PDF;

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | VC 14601 | M | 5499 | 01450 | 176823 | 01/26/84 | 42910 | | K5 | 05/01/84 |

CEN; 3108903  BOOK; 03/05/85 2216 ARST; 00109-L7302 STAT; GTS  PDF; 84-4237

| ENTRY | CHARGE | M/F | CODE | COURT | DOCKET | FILE DATE | DA | PRS | DISP | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| B | PC 453(A) | F | 2099 | 01440 | 229776 | 12/05/83 | 45385 | | H4 | 03/12/84 |
| B | PC 242 | M | 1399 | 01440 | 229776 | 12/05/83 | 45385 | | G4 | 12/05/83 |
| B | PC 594 | M | 2999 | 01440 | 229776 | 12/05/83 | 45385 | | G4 | 12/05/83 |
| M | PC 453(B) | F | | 01440 | 229776 | 12/05/83 | 45385 | | H4 | 03/12/84 |
| M | PC 979 | A | | 01440 | 229776 | 12/05/83 | 45385 | | H2 | 12/23/83 |
| M | PC 594 | M | | 01440 | 229776 | 12/05/83 | 45385 | | K5 | 03/12/84 |
| M | PC 242 | M | | 01440 | 229776 | 12/05/83 | 45385 | | K5 | 03/12/84 |
| M | PC 1203.2 | A | | 01440 | 229776 | 12/05/83 | 45385 | | H1 | 03/06/85 |

EXHIBIT B

JQDD.AMB221                    09/05/07  0924  PAGE  1
  INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 93-21088    TYPE: V VICTIM   COMPLAINT: N  CEN:
VIOL: I55 F/INM W INJ
OCCURRED 12/14/93 TIME 2020 AREA SUND   SRJ UNDEFINED AREA
DISPOSITION    DAYS  EFF-DATE  END-DATE XREF:

COMMENTS: RIENHART JUMPED BY APJ481,APB049.APB081,APY406,AKY552, NO COMPLAINT

R/O: D FONESECA        BADGE NO.: 3384 OPERATOR-ID: S7611

EXHIBIT __B__

JQDD.AMB221                    09/05/07  0924  PAGE  2
            INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON          HFA: SRJ CLASS: SS

REPORT: 98-32020    TYPE: V VICTIM    COMPLAINT: N  CEN:
VIOL: I55 F/INM W INJ      I02 ASSAULT-FEL
OCCURRED 12/03/98 TIME 2030 AREA S08    AREA 8
DISPOSITION ·    DAYS  EFF-DATE  END-DATE XREF:
CC CRIMINALLY CHGD


COMMENTS: 245PC WITH WILSON (AQK005) STUCK IN FACE WITH PENCIL

R/O: M RANSFER          BADGE NO.: 4279 OPERATOR-ID: D0731

JQDD.AMB221                09/05/07  0924   PAGE  3
          INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 00-10074    TYPE: M MEDICAL   COMPLAINT: N  CEN:
VIOL: M03 INJURED-OTHER
OCCURRED 05/12/00 TIME 2000 AREA N6SDR  NCJ FLR 6 SO. DAYRM
DISPOSITION    DAYS  EFF-DATE  END-DATE XREF:

COMMENTS: INJURY TO LEFT SHOULDER WHEN HE FELL FROM BUNK.

R/O: R MCCOWAN        BADGE NO.: 4715 OPERATOR-ID: T4322

JQDD.AMB221                                    09/05/07 0924 PAGE 4
            INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 00-11835    TYPE: I VIOLATOR  COMPLAINT: N  CEN:
VIOL: I55 F/INM W INJ
OCCURRED 06/08/00 TIME 0945 AREA S04   AREA 4
DISPOSITION      DAYS  EFF-DATE  END-DATE XREF:
NC NO COMPLAINT



COMMENTS: 242PC(I/P)APM343(W)AKJ501,ABL078/NO INJURIES/REFUSED MEDICAL

R/O: J WHITE          BADGE NO.: 1005 OPERATOR-ID: K2943

JQDD.AMB221                    09/05/07 0924  PAGE  5
          INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 00-18852    TYPE: I VIOLATOR  COMPLAINT: N  CEN:
VIOL: I55 F/INM W INJ
OCCURRED 09/10/00 TIME 0210 AREA S31__  AREA 31
DISPOSITION     DAYS  EFF-DATE  END-DATE XREF:
NC NO COMPLAINT


COMMENTS: 242PC(I/P)AUC144/LACERATION FOREHEAD/TREATED BY GREER PHS

R/O: D SCHILE          BADGE NO.: 5872 OPERATOR-ID: K2943

JQDD.AMB221                    09/05/07  0924  PAGE  6
        INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON          HFA: SRJ CLASS: SS

REPORT: 02-09766      TYPE: I VIOLATOR  COMPLAINT: N  CEN:
VIOL: I55 F/INM W INJ
OCCURRED 05/10/02 TIME 1530 AREA S02__ AREA 2
DISPOSITION      DAYS  EFF-DATE  END-DATE XREF:
NC NO COMPLAINT

COMMENTS: 242PC(I/P)AVD380/MINOR SCRATCHES/TREATED BY JOHNS PHS

R/O: F MATTEO          BADGE NO.: 2165 OPERATOR-ID: K2943

JQDD.AMB221                  09/05/07  0924   PAGE  7
      INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON          HFA: SRJ CLASS: SS

REPORT: 04S00647    TYPE: I VIOLATOR  COMPLAINT: N  CEN:
VIOL: V13 UNSAFE ACT     V51 F/S W/O INH    V56 F/C W/INJ BTH
OCCURRED 03/27/04 TIME 1535 AREA S08    AREA 8
DISPOSITION      DAYS  EFF-DATE  END-DATE XREF:
LP LOSS PRIVILEGES  030  04/09/04  05/08/04

COMMENTS: 202A,103/SAFETY/FIGHTING

R/O: R RODRIGUES        BADGE NO.: 0713 OPERATOR-ID: K2943

JQDD.AMB221                              09/05/07  0924  PAGE  8
        INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 04-06905    TYPE: I VIOLATOR  COMPLAINT: N  CEN:
VIOL: I55 F/INM W INJ
OCCURRED 03/27/04 TIME 1635 AREA S08__  AREA 8
DISPOSITION      DAYS  EFF-DATE  END-DATE XREF:
NC NO COMPLAINT


COMMENTS: 242PC MUTUAL COMBAT WITH STAMPER(UGZ889)REFUSED MEDICAL TREATMENT

R/O: R RODRIGUES        BADGE NO.: 2496 OPERATOR-ID: D0731

JQDD.AMB221                    09/05/07  0924  PAGE  9
        INMATE REPORT DETAIL

PFN/AJIS: AMB221   NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 06S-2213    TYPE: I VIOLATOR  COMPLAINT: N  CEN:
VIOL: V13 UNSAFE ACT    V01 JAIL CONDUCT
OCCURRED 12/04/06 TIME 0730 AREA S08B03 AREA 8 B
DISPOSITION    DAYS  EFF-DATE  END-DATE XREF:
LP LOSS PRIVILEGES  015   12/08/06   12/22/06


COMMENTS: 101A,101B,329,SAFETY,SECURITY,BLOCKING WINDOWS

R/O: D ANDERSON          BADGE NO.: 1253 OPERATOR-ID: W9197

JQDD.AMB221
09/05/07  0924  PAGE  0
INMATE REPORT DETAIL

PFN/AJIS: AMB221    NAME: RINEHART, HARRISON        HFA: SRJ CLASS: SS

REPORT: 07-002955    TYPE: V VICTIM    COMPLAINT: N CEN:
VIOL: I01 ASSAULT-MISD
OCCURRED 02/11/07 TIME 0845 AREA S08B   AREA 8 B
DISPOSITION      DAYS  EFF-DATE  END-DATE XREF:
NC NO COMPLAINT


COMMENTS: INMATE WAS ATTACKED BY POD WORKED AOB577. MINOR INJURIES. UOF

R/O: M TOLERO           BADGE NO.: 2114 OPERATOR-ID: W9197

EXHIBIT C

**ALAMEDA COUNTY SHERIFF'S DEPARTMENT**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: _Harrison Rinehart_    PFN: _AmB 221_
HOUSING UNIT: _8 - B - 13_    DATE: _2-15-07_

NATURE OF GRIEVANCE: (Give specific details) _Technicigns_
_Error! Caused Great Bodily injury's_
_and Destruction of My Personal Property._

_On 2-11-07 - AT 0800 hrs After Breakfast I Harrison Rinehart_
_went Back into mycell And lock up. As required, special_
_AGent, AkA POD worker Named Carl Phillips Come to my_
_Cell Door. and said to me that when this Door pop I going_
_to kick your ass. he then walk back out of the pod and went_
_over to the slot speaking with Tech. Richardison. he then_
_walk back into B pod towards my cell, when he was Five_
_feet away from my Door he says, Im going to kick your_
_Ass! AT That moment, The Tech pop my Door open, carl_
_Then open my Door the Hit me in my face then_
_continue to Attack me I defended my self best as_
_I could. My personal reading Glass was Broken, my_
_Back & Neck & left knee seriously injuryed, Im requesting_
_Replacement of my Glasses ASAp. and proper medical_
_Attencion. ~~Atttt was~~ Duty Toleado was sprayed me_
_seriously in my eyes and took Are part. I Also want_
_Report no, Badge no, PFN no. And a copy of the_
_Reports I will be filing farther legal charges_
_AGainst AlAmeD County Sheriff's office_
_Detentions and Correction Division_

\*\*\* DO NOT WRITE ON THE BACK OF THIS FORM.   USE ANOTHER FORM. WRITE PAGE 2
SIGNATURE: _Harrison Rinehart_
\*\*\* DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY \*\*\*

RECEIVED BY DEPUTY: _A. Huynh_    BADGE #: _1792_  DATE: _2/21/07_

[ ] RESOLVED-INMATE ACCEPTANCE: _____  [✓] CAN NOT BE RESOLVED AT THIS LEVEL
    Explain resolution on reverse side.    Draw tracking number from CP-11

FORWARDED TO SGT. _Shull_    TRACKING NUMBER: _07G-S0266_

Copies:  White    - Staff Use
         Yellow - Inmate Receipt Copy    RECEIVED FEB 22 2007    ML-51 (rev 5/94)

EXHIBIT __C__

RINEHART STATED SHERIFF'S TECH RICHARDSON WAS CONNED BY INMATE PHILLIPS TO OPEN RINEHART'S CELL BY ACCIDENT. HOWEVER, RINEHART BELIEVED THE FIGHT COULD HAVE PREVENTED IF TECH RICHARDSON WOULD INVESTIGATE THE LEGAL REASON WHY PHILLIPS WANTED RINEHART'S DOOR OPEN. RINEHART IS PURSUING A LAW SUIT AGAINST ACSO.

# INMATE GRIEVANCE RESPONSE
## SUPPLEMENTAL INFORMATION

INMATE:  **RHINEHART, Harrison**                                    PFN:   **AMB221**

DATE OF GRIEVANCE:          **021407**          TRACKING NUMBER:      **07-002955**

***THIS DOCUMENT IS SUBJECT TO SUBPOENA. PLEASE PREPARE IN A NEAT AND CONCISE FASHION***

I personally retrieved RHINEHART's glasses off the floor in B-pod and gave them to him. The glasses were in pieces but there was tape on each of the pieces as if they had already been broken and held together with the tape. I did not see if he was wearing them previous to or during the incident.

SIGNATURE:    D.S. Anderson #1253                    DATE:          030607

**PRISON HEALTH SERVICES, INC.**

ALAMEDA COUNTY SHERIFF'S DEPARTMENT

SANTA RITA JAIL/NORTH COUNTY JAIL

GRIEVANCE RESPONSE

TO: Sergeant Griffith                    DATE: March 09, 2007

FROM: L. Powell, LVN                     GRIEVANCE: S0266

INMATE NAME: Harrison Rinehart

INMATE PFN: AMB221

INMATE LOCATION: 8B04

PROBLEM:   Please provide the Grievance Unit with information concerning Harrison Rinehart (AMB221). He was involved in a fight on 021107 and was seen by PHS. Describe the injuries if any and any follow-up request for further treatment.

RESPONSE:  On 021107 the nurse examined the inmate, who claimed to be "ok". She noted a small scratch on the bridge of his nose, right inner wrist and an abrasion on his upper left chest. The inmate was alert and oriented with a steady gait. The areas were cleansed and an antibiotic ointment was applied. Since then the inmate has submitted a sick call slip dated 022007 and two undated slips. He was seen in sick call 021507 and 022307. He has been prescribed Naprosyn for 7 days and Flexeril for 7 days by the nurse practitioner and subsequently Naprosyn for 10 days by the doctor. On 030707 the nurse saw him in sick call and he told her that he thought he had ripped his hernia in the fight. There were no signs or symptoms of a hernia (and no history of one in the medical record). The inmate walked without difficulty and was laughing and joking with the staff.

# ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE GRIEVANCE RESPONSE
## EXTENSION NOTIFICATION

**DATE:**      Thursday, February 22, 2007

**TO:**        Rinehart, Harrison (AMB221) - Housing Unit: 8B - Cell #4

**FROM:**      B. Shaull, Sergeant

**SUBJECT:**   Notice of Extension for grievance #07G-S0266

In accordance with Alameda County Detentions and Corrections Policy and Procedure 16.03, your grievance has been received and your concerns are under investigation. Due to special circumstances, more than the standard seven (7) day response time is needed to complete the inquiry. Upon the conclusion of the investigation, you will be advised in writing of the outcome of your grievance. A copy of the findings will be provided to you after all actions, including all apeals, have been completed.

NOTIFICATION OFFICER: _Kidwell #1739_      DATE: _2-24-07_

INMATE SIGNATURE: _____      DATE: _2-24-07_

**Please return to the Contract Services/Grievance Officer no later than Tuesday, February 27, 2007.**

Grievance Date: 2/21/2007

Rev: 08/06

## INMATE GRIEVANCE RESPONSE

GRIEVANCE TRACKING NUMBER: __07G–S0266__

INMATE: __Rinehart, Harrison__    PFN: __AMB221__    HOUSING UNIT LOCATION: __8B04__

GRIEVANCE IS    AFFIRMED: _____    DENIED: __XX__    WITHDRAWN: _____    RESOLVED: _____    REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **February 15, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

You believe the Sheriff's Technician erred by opening your cell door. Once your cell door was opened, the pod worker attacked you. You believe the technician's error resulted in great bodily injuries to your person. In addition, your personal reading glasses were broken. You would like the Grievance Unit to provide you a copy of the report documenting this incident. You stated that you are going to file a Law Suit against the Alameda County Sheriff's Office and you do not believe you have received proper medical treatment.

**Response:**

This incident was documented in report 07-002955. A copy of the report can be purchased at the Sheriff's Office Consolidated Records Located at 2000 150th Avenue San Leandro California 94578.

There is no indication to support your assertion that you received great bodily injury. Additionally, Prison Health Services documented the treatment of your injuries. There is no evidence to support your belief that Sheriff's Office personnel acted outside of departmental policy.

The Grievance Unit found that Sheriff's Office personnel were not responsible for your glasses being broken. Additionally, there is evidence that your glasses were broken prior to your being attacked by the pod worker.

The grievance process is not the proper venue to voice your intent to litigate.

This grievance is **DENIED.**

Investigating Supervisor: _____ Ben E. Shaull, Sergeant _B.S.D.___    Date: __3/12/07__

X Inmate's Signature: _Inmate Refused to Sign    RK#1739____    Date: _____

Do you wish to appeal this ruling?    Yes ___    No __X__    Refused to Answer ___    Date: _____

Appeal Officer: _T. LHong  G._____    Recommendation: _Concur 4____    Date: _7/30/07_

Reason for affirmation or denial: (If different from above)    _finding_

Commanding Officer: _A. Juigemoliews  #826____    Recommendation: _Concur___    Date: _4/23/07_

**ENTERED APR 2 3 2007**

ML52 (Rev.01/01/05) BES/jrj