J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
BRENDAN KENNY (SBN 237969)
bkenny@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
SHERIFF GREGORY AHERN and
SHERIFF'S TECHNICIAN B. RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON RINEHART,<br><br>Plaintiffs,<br><br>v.<br><br>GREG AHERN- SHERIFF, ET AL. and RICHARDSON - TECHNICIAN,<br><br>Defendants. | Case No.: CV 07-02558 MJJ (PR)<br><br>**DECLARATION OF DEPUTY SHERIFF M. TOLERO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FEDERAL RULE OF CIVIL PROCEDURE 56)**<br><br>No hearing pursuant to 7-30-07 order<br><br>Action Filed: May 15, 2007<br>Trial Date: TBD |

I, DEPUTY SHERIFF M. TOLERO, declare:

1.  I am currently employed by the Alameda County Sheriff's Office ("Sheriff's Office") as a Deputy Sheriff. I have been employed by the Sheriff's Office since 2002. By virtue of my employment, I have personal knowledge and am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.

2.  I have worked in various divisions of the Sheriff's Office, including as a Deputy Sheriff assigned to Alameda-Contra Costa Transit District ("AC Transit") and Santa Rita Jail.

3.  On February 11, 2007, I was working a shift at Santa Rita Jail and was assigned to Housing Unit # 8.

1

4. At approximately 8:45 a.m. on February 11, 2007, there was a scuffle between inmate Harrison Rinehart and inmate Carl Phillips. Following the incident, I personally prepared an Alameda County Sheriff's Office Event Form ("Event Form") documenting what I observed prior to, during, and immediately following the incident, as well as my interviews of witnesses soon thereafter. The Event Form was based on my personal observations and recollection and was completed on or about 9:00 a.m. February 14, 2007. Reports of this sort are kept in the ordinary course of business as a business record of Santa Rita Jail at or near the time of the acts, conditions or events described in the records, and thereafter is stored in a database. This information can be printed or produced in paper form.

5. Attached hereto as Exhibit A is a true and correct copy of the Event Form.

6. On pages 6 through 9 of the Event Form, I took written statements from four inmates incarcerated at Santa Rita Jail regarding the incident: Royce Pearson, Christopher Jenkins, Harrison Rinehart, and Carl Phillips. It is the policy of Sheriff's Office to take written statements of any inmates who may have observed such incidents and/or have information regarding such incidents. It is my custom and practice to go to the cell of any inmate I believe may possess such information and ask if they would like to make a statement. If they agree to make a written statement, I then ask them to verbally tell me what occurred. I then allow the inmate to do so once without interruption. Then I ask them to repeat their story and ask for clarification at key points, writing down what they say. I then read what I have written to them. If they wish to make any changes, I make them and then the inmate initials the changes.

7. As reflected on pages 6, 7 and 9 of the Event Form, I made a few changes at the request of Royce Pearson, Christopher Jenkins, and Carl Phillips.

8. As is my custom and practice, I gave the statement to each inmate to sign. All four of the inmates I interviewed signed their statement.

///
///
///
///

2

1  I declare under penalty of perjury under the laws of the State of California and the United States
2  of America that the foregoing is true and correct and that this declaration was executed on October
3  23, 2007, at Dublin, California.

                                                   *[signature]* #1645
                                       DEPUTY SHERIFF M. TOLERO, ACSO

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

{00051706.DOC/}RMS 0666
DECLARATION OF M. TOLERO IN SUPPORT OF MSJ      *Rinehart v. Adhern, et al.* - C07 2558 MJJ (PR)

EXHIBIT A

## ALAMEDA COUNTY SHERIFF'S OFFICE

### EVENT FORM

| TYPE RPT: [X]CRIMINAL [ ]IDENT [ ]DOM VIO [ ]PHONE [ ]INSURANCE [X]INFO [ ]COMPLAINT | CASE NO. 07-002955 | PAGE 1 |
|---|---|---|
| DATE/TIME REPORTED: 021107 / 0845 HOURS | REFER CASE #(S): N/A | OF 9 |

**EVENT**

| CODE SECTION(S): PC 242 | CRIME/INCIDENT: BATTERY | CLASSIFICATION: 043002 |
|---|---|---|
| OCCURRED: 021107 | TIME: 0845 | DAY(S) OCCURRED: SUNDAY | LOCATION OF OCCURRENCE: SANTA RITA JAIL 5325 BRODER BLVD HOUSING UNIT 8 | CITY: DUBLIN | CORPUS #: T2114 |
| AND | TIME | | VICTIM VEH LICENSE NO.  STATE  YEAR  MAKE  MODEL  STYLE  COLOR | | |

**INVOLVED PERSONS**

**1  INVOL: VI**  NAME: RINEHART, HARRISON (AMB221)  RESIDENCE: 2818 16TH AVENUE OAKLAND CA., 94601
- RES. PHONE: 510 4514911 | DOB: 110558 | RACE/SEX: B/M | HAIR/EYES: BLK/BRO | HEIGHT/WEIGHT: 510/160 | DRIVERS LICENSE #: C2688349 | STATE: CA | SSN: 496721643
- BUSINESS NAME: IN CUSTODY  SANTA RITA JAIL 5325 BRODER BLVD DUBLIN CA., 94568 | OCCUPATION: NONE | BUSINESS PHONE:

**2  INVOL: WI**  NAME: JENKINS, CHRISTOPHER (UKM842)  RESIDENCE: 40 MARKET STREET N. SAN JOSE CA., 95113
- RES. PHONE: | DOB: 081949 | RACE/SEX: B/M | HAIR/EYES: BLK/BRO | HEIGHT/WEIGHT: 600/175 | DRIVERS LICENSE #: A0268162 | STATE: CA | SSN: 255844900
- BUSINESS NAME: IN CUSTODY  SANTA RITA JAIL 5325 BRODER BLVD DUBLIN CA., 94568 | OCCUPATION: NONE | BUSINESS PHONE:

**3  INVOL: WI**  NAME: PEARSON, ROYCE (ALT125)  RESIDENCE: 634 15TH STREET OAKLAND CA., 94612
- RES. PHONE: 510 8351936 | DOB: 033059 | RACE/SEX: B/M | HAIR/EYES: BLK/BRO | HEIGHT/WEIGHT: 601/180 | DRIVERS LICENSE #: N5228203 | STATE: CA | SSN: 560357048
- BUSINESS NAME: IN CUSTODY  SANTA RITA JAIL 5325 BRODER BLVD DUBLIN CA., 94568 | OCCUPATION: NONE | BUSINESS PHONE:

**DOMESTIC VIOLENCE** | RELATIONSHIP OF PARTIES | [ ] FEARS INJURY [ ] PAIN COMPLAINT [ ] VISIBLE INJURY | WEAPON INVOLVED [ ]1 FIREARM [ ]2 KNIFE [ ]3 OTHER [ ]4 BODILY FORCE [ ]5 NONE

**PRELIMINARY INVESTIGATION**: [X] AREA CHECKED  [X] VICTIM CONTACTED  [X] WITNESS CONTACTED  [X] STATEMENT TAKEN  [ ] NEIGHBORS CONTACTED  [ ] TECH REQUESTED  [ ] DUSTED FOR PRINTS  [ ] DIAGRAM OF SCENE  [X] PHOTOS TAKEN

### MO FACTORS

**SURR'NDG AREA (1):** [X] A Jail Yard-Max
**STRUCTURE (RES) (1):**
**(JAIL) (1):** [X] 7 Housing Unit
**(COMM'L) (1):**
**TARGET (12):**
**POINT OF ENT (5) EX (5):**
**METHOD OF ENTRY (5):**
**(Vehicle Only):**
**SECURITY SYSTEM (5):**
**SUSPECT ACTIONS (12):**
**PRETENDED TO BE:**
**(TOOLS USED):**
**(VICTIM WAS):** [X] 64 Injured/Hit
**EVIDENCE (5):**

### REVIEW

**SOLVABILITY FACTORS**

| REPORTING OFFICER: M. TOLERO # 1645 | CORPUS#: T2114 | ENTERED BY | COPIES TO |
| APPROVING SUPERVISOR | CORPUS# | DATE | |

**CDC**

EXHIBIT A

| CR 2 (11/95) | ALAMEDA COUNTY SHERIFF'S OFFICE | CASE NO. | PAGE |
|---|---|---|---|
| CRIME / INCIDENT<br>PC 242 | INVOLVED PERSONS/ VEHICLES<br>VICTIM<br>RINEHART, HARRISON | 07-002955 | 2 OF 9 |

| | INVOLVMT | NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS, CITY, STATE, ZIP |
|---|---|---|---|
| 4 | IP | RICHARDSON, B. # 400 | CONFIDENTIAL |

| RES. PHONE | DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DRIVERS LICENSE # | STATE | SSN. OTHER # |
|---|---|---|---|---|---|---|---|
| | | O / M | | | | | |

| BUSINESS NAME, ADDRESS, CITY, STATE, ZIP | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| ALAMEDA COUNTY SHERIFF'S OFFICE 5325 BRODER BLVD. CA., 94568 | TECHNICAN | 925 5516595 |

| | INVOLVMT | NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS, CITY, STATE, ZIP |
|---|---|---|---|
| 5 | IP | ANDERSON, D. #1253 | CONFIDENTIAL |

| RES. PHONE | DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DRIVERS LICENSE # | STATE | SSN. OTHER # |
|---|---|---|---|---|---|---|---|
| | | W / M | | | | | |

| BUSINESS NAME, ADDRESS, CITY, STATE, ZIP | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| ALAMEDA COUNTY SHERIFF'S OFFICE 5325 BRODER BLVD. CA., 94568 | DEPUTY | 925 5516595 |

| | INVOLVMT | NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS, CITY, STATE, ZIP |
|---|---|---|---|
| 4 | IP | ANDERSON, S. | ON FILE |

| RES. PHONE | DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DRIVERS LICENSE # | STATE | SSN. OTHER # |
|---|---|---|---|---|---|---|---|
| | | B / F | | | | | |

| BUSINESS NAME, ADDRESS, CITY, STATE, ZIP | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| PRISION HEALTH SERVICES 5325 BRODER BLVD DUBLIN CA. 94568 | LVN | 925 5516595 |

| | INVOLVMT | NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS, CITY, STATE, ZIP |
|---|---|---|---|
| 7 | IP | JONES, P.M. # 779 | CONFIDENTIAL |

| RES. PHONE | DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DRIVERS LICENSE # | STATE | SSN. OTHER # |
|---|---|---|---|---|---|---|---|

| BUSINESS NAME, ADDRESS, CITY, STATE, ZIP | OCCUPATION | BUSINESS PHONE |
|---|---|---|
| ALAMEDA COUNTY SHERIFF'S OFFICE 5325 BRODER BLVD. CA., 94568 | SERGEANT | 925 5516595 |

| | INVOLVMT | NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS, CITY, STATE, ZIP |
|---|---|---|---|
| 8 | | | |

| RES. PHONE | DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DRIVERS LICENSE # | STATE | SSN. OTHER # |
|---|---|---|---|---|---|---|---|

| BUSINESS NAME, ADDRESS, CITY, STATE, ZIP | OCCUPATION | BUSINESS PHONE |
|---|---|---|

| | INVOLVMT | NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS, CITY, STATE, ZIP |
|---|---|---|---|
| 9 | | | |

| RES. PHONE | DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DRIVERS LICENSE # | STATE | SSN. OTHER # |
|---|---|---|---|---|---|---|---|

| BUSINESS NAME, ADDRESS, CITY, STATE, ZIP | OCCUPATION | BUSINESS PHONE |
|---|---|---|

| | INVOLVMT | ADDITIONAL VEH. LICENSE NO. | STATE | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |

| REPORTING OFFICER | CORPUS NUMBER | DATE AND TIME WRITTEN |
|---|---|---|
| M. TOLERO # 1645 | T2114 | 021407 / 0900 HOURS |

# ALAMEDA COUNTY SHERIFF'S OFFICE
## SUSPECT FORM

CR-3 (1/96)

| CRIME / INCIDENT | VICTIM | CASE NO. | PAGE |
|---|---|---|---|
| PC 242 | RINEHART, HARRISON | 07-002955 | 3 OF 9 |

| (S) # | SUSPECT NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS | RES. PHONE |
|---|---|---|---|
| 1 | PHILLIPS, CARL (PFN#AOB577) | 1513 STUART STREET BERKELEY CA | 510 5405438 |

| NICKNAME (ADA) | DOB | RACE / SEX | HAIR / EYES | HEIGHT / WEIGHT | BUILD | DL # | STATE |
|---|---|---|---|---|---|---|---|
| | 120561 | B / M | BLK / BRO | 508 / 163 | | A3206073 | CA |

| SSN, OTHER # | BUSINESS NAME, ADDRESS, CITY, ZIP | OCCUPATION | BUS. PHONE |
|---|---|---|---|
| 561337245 | IN CUSTODY SANTA RITA JAIL 5325 BRODER BLVD | NONE | |

| (S) # | SUSPECT NAME (LAST, FIRST, MIDDLE) | RESIDENCE ADDRESS | RES. PHONE |
|---|---|---|---|
| | | | |

| NICKNAME (ADA) | DOB | RACE / SEX | HAIR / EYES | HEIGHT / WEIGHT | BUILD | DL # | STATE |
|---|---|---|---|---|---|---|---|

| SSN, OTHER # | BUSINESS NAME, ADDRESS, CITY, ZIP | OCCUPATION | BUS. PHONE |
|---|---|---|---|

## SUSPECT DESCRIPTION — #1 SUSPECT

**HAIR LENGTH (2)**
- [ ] 1 Unknown
- [ ] 2 Collar Length
- [ ] 3 Long
- [ ] 4 Medium
- [X] 5 Short
- [ ] 6 Shoulder Length

**HAIR TYPE (2)**
- [ ] 1 Unknown
- [ ] 2 Bald
- [ ] 3 Curly
- [X] 4 Kinky
- [ ] 5 Receding
- [ ] 6 Straight
- [ ] 7 Thick
- [ ] 8 Thinning
- [ ] 9 Wavy
- [ ] 10 Wig
- [ ] 11 Patchy

**HAIR STYLE (3)**
- [ ] 1 Unknown
- [X] 2 Afro
- [ ] 3 Bangs
- [ ] 4 Braided
- [ ] 5 Bushy
- [ ] 6 Butch
- [ ] 7 Combed Back
- [ ] 8 Curlers
- [ ] 9 Dirty
- [ ] 10 Flat Top
- [ ] 11 Greasy
- [ ] 12 Jheri Curls
- [ ] 13 Military
- [ ] 14 Mohawk
- [ ] 15 Netted
- [ ] 16 Parted - Left
- [ ] 17 Parted - Middle
- [ ] 18 Parted - Right
- [ ] 19 Ponytail
- [ ] 20 Punk
- [ ] 21 Shaved

**COMPLEXION (3)**
- [ ] 1 Unknown
- [ ] 2 Acne Pocked
- [ ] 3 Albino
- [ ] 4 Black
- [X] 5 Brown
- [ ] 6 Clear
- [ ] 7 Dark
- [ ] 8 Fair
- [ ] 9 Freckled
- [ ] 10 Light
- [X] 11 Medium
- [ ] 12 Olive
- [ ] 13 Ruddy/Reddish
- [ ] 14 Sunburned
- [ ] 15 Tanned
- [ ] 16 Weathered
- [ ] 17 Wrinkled

**FACIAL HAIR (3)**
BEARD
- [ ] 1 Unknown
- [ ] 3 Abe Lincoln
- [ ] 4 Full
- [ ] 5 Scraggly
- [ ] 6 Trim w/Must
- [ ] 7 Clean Shaven
- [ ] 8 Fuzz
- [X] 9 Goatee
- [ ] 10 Lower Lip

MUSTACHE
- [ ] 12 Bushy
- [ ] 13 Fu Manchu
- [ ] 14 Handlebar
- [ ] 15 Short
- [ ] 16 Thick
- [X] 17 Thin

SIDEBURNS
- [ ] 19 Flared
- [ ] 20 Lobe Length
- [ ] 21 Mid - Ear
- [ ] 22 Mutton Chop
- [ ] 23 None
- [ ] 24 Unshaven
- [ ] 25 Van Dyke
- [ ] 26 Angled

**FACIAL SHAPE (2)**
- [ ] 1 Unknown
- [ ] 2 Broad
- [ ] 3 High Cheekboned
- [X] 4 Long
- [X] 5 Oval
- [ ] 6 Round
- [ ] 7 Square
- [ ] 8 Thin
- [ ] 9 Flat

**APPEARANCE (3)**
- [ ] 1 Unknown
- [X] 2 Casual
- [ ] 3 Dirty/Unkempt
- [ ] 4 Disguised
- [ ] 5 Flashy
- [ ] 6 Military
- [ ] 7 Well-Groomed
- [ ] 8 Angry
- [ ] 9 Calm
- [ ] 10 Nervous
- [ ] 11 Polite
- [ ] 12 Violent
- [ ] 13 Feminine
- [ ] 14 Masculine

**DISTING MARKS (3)**
- [ ] 1 Ampu/Miss Limb
- [ ] 2 Artificial Limb
- [ ] 3 Cane / Crutch
- [ ] 4 Crippled Body Part L. HAND

**FACIAL ODDITIES**
- [ ] 5 Distinctive Odor
- [ ] 6 Growths / Moles
- [ ] 7 Hearing Aid
- [ ] 8 Limp
- [ ] 9 Skin Discolored
- [ ] 10 Spastic Comments
- [ ] 11 Wheelchair

**TEETH (3)**
- [X] 1 Unknown
- [ ] 2 Braces
- [ ] 3 Broken
- [ ] 4 Crooked
- [ ] 5 False
- [ ] 6 Gaps Between
- [ ] 7 Gold Cap
- [ ] 8 Jeweled / Studded
- [ ] 9 Missing
- [ ] 10 Retainer
- [ ] 11 Silver Capped
- [ ] 12 Stained / Decayed
- [ ] 13 Buck

**SPEECH (3)**
- [ ] 1 Unknown
- [ ] 2 Accent - U.S.
- [ ] 3 Accent - Foreign
- [ ] 4 Dishuised
- [ ] 5 Slurped Speech
- [ ] 6 Speech Impediment
- [ ] 7 Stuttering
- [X] 8 No Oddities

**FACIAL ODDITIES**
- [ ] 1 Large Head
- [ ] 2 Small Head
- [ ] 3 Unusual Shape
- [ ] 4 Slpped Forhead
- [ ] 5 Bulging Forhead
- [ ] 6 Dimples
- [ ] 7 Buging Eyes
- [ ] 8 Close Set Eyes
- [ ] 9 Wide Set Eyes
- [ ] 10 Cross/Cock Eyes
- [ ] 11 Odd Shaped Eyes
- [ ] 12 Brokn/Crooked No
- [ ] 13 Beak Nose
- [ ] 14 Unusual Shape Nos
- [X] 15 Bulbous Nose
- [ ] 16 Flared Nostrils
- [ ] 17 Pierced Nose
- [ ] 18 Large Lips
- [ ] 19 Hare Lip
- [ ] 20 Underbite
- [ ] 21 Overbite
- [ ] 22 Cleft/Dimple Chin
- [ ] 23 Double Chin
- [ ] 24 Pointed Chin
- [ ] 25 Large Ears
- [ ] 26 Small Ears
- [ ] 27 Unusual Shape Ear
- [ ] 28 Cauliflower Ears
- [ ] 29 Pierced Ears

**HANDED:** [ ] 1 UNK  [ ] 2 LEFT  [ ] 3 RIGHT  [ ] 4 BOTH

### IDENTIFIERS

| | SUSPECT | | SCAR TATS | | | L | R |
|---|---|---|---|---|---|---|---|
| 1 | CAP/HAT | | SUSPECT | 1 L R | | | |
| 2 | COAT/JACKET | | CIRCLE | X | 1 ARM | | |
| 3 | PANTS | YELLOW JAIL ISSUE | | | 2 BACK TORSO | | |
| 4 | SHIRT | GRAY | | | 3 FACE | | |
| 5 | SHOES | BLUE | | | 4 FRONT TORSO | | |
| 6 | MASK | | | | 5 HAND | | |
| 7 | GLOVE | | | | 6 LEG | | |
| 8 | JEWELRY | | | | 7 NECK | | |
| 9 | OTHER | | | | 8 SHOULDER | | |

GLASSES: ___ ADDITIONAL DESCRIPTION OR WORDS SPOKEN BY SUSPECT

GANG SUSPECTED: YES [ ] NO [ ] NAME

### WEAPONS

**TYPE**
- [ ] 1 Simulated
- [ ] 2 Handgun
- [ ] 3 Rifle
- [ ] 4 Shotgun
- [ ] 5 Toy Gun
- [ ] 6 Knife
- [ ] 7 Toy Knife
- [ ] 8 Bat / Club
- [ ] 9 Bodily Force
- [ ] 10

**FEATURES (4): (GUN)**
- [ ] 1 Automatic
- [ ] 2 Revolver
- [ ] 3 Derringer
- [ ] 4 Bolt Action
- [ ] 5 Lever Action
- [ ] 6 Pump
- [ ] 7 Double Barrel
- [ ] 8 Over - Under
- [ ] 9 Single Shot
- [ ] 10 Sawed off
- [ ] 11 Blue Steel
- [ ] 12 Chrome/Nickel

**GRIPS**
- [ ] 14 Broken
- [ ] 15 Dark
- [ ] 16 Light
- [ ] 17 Plastic
- [ ] 18 Unusual
- [ ] 19 Wood
- [ ] 20 Altered Stock
- [ ] 21
- [ ] Cal / Ga
- [ ] Bbl Length
- [ ] Brand

**(KNIFE)**
- [ ] 22 Butcher
- [ ] 23 Buck
- [ ] 24 Hunting
- [ ] 25 Kitchen
- [ ] 26 Pocket
- [ ] 27 Switchblade
- [ ] 28 Razor
- [ ] 29
- [ ] Length

**(CLUB)**
- [ ] 30 Baseball Bat
- [ ] 31 Metal Pipe
- [ ] 32 Sap
- [ ] 33 Wooden Club
- [ ] 34
- [ ] Length

**(BODILY FORCE)**
- [X] 35 Hands
- [ ] 36 Feet
- [ ] 37

### SUSPECT VEHICLE

| VEHICLE LICENSE NO. | STATE | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|---|

HOLD ON VEHICLE ? YES [ ] NO [ ]

FOR WHOM ?

TOW COMPANY

ADDITIONAL SUSPECT VEHICLE DESCRIPTION

INDICATE WHERE SUSP/VIC PROPERTY LOCATED IN VEHICLE

| REPORTING OFFICER | CORPUS # | DATE AND TIME WRITTEN |
|---|---|---|
| M. TOLERO # 1645 T2114 | | 021407 / 0900 HOURS |



| Cr-5 (9/86) | ALAMEDA COUNTY SHERIFF'S OFFICE<br>CONTINUATION REPORT FORM | | | |
|---|---|---|---|---|
| CRIME / INCIDENT<br><br>PC 242 | CONTINUATION<br>[ X ]<br>VICTIM<br>RINEHART, HARRISON | SUPPLEMENT<br>[ ] | STATEMENT<br>[ ] | CASE NO.<br><br>07-002955 | PAGE<br><br>4 OF 9 |

On Sunday, 021107, about 0845 hours, while assigned to Housing Unit 8 at Santa Rita Jail, the following incident occurred.

About 0845 hours, the inmates in B-pod had just completed eating breakfast and were returning to their cells. I was in the East Deputies Office updating the observation logs when Sheriff's Technician RICHARDSON, B. # 400 alerted me to a fight in progress in B-pod.

I responded to B-pod and saw two inmates, later identified as Carl PHILLIPS (AOB577) and Harrison RINEHART (AMB221), on the floor in an active struggle with one another. I gave several verbal commands for the inmates to stop and separate. The inmates ignored my commands and continued to struggle with each other. I accessed my department issued Oleoresin Capsicum (OC) spray and delivered a 1.5 second burst at the combatants to their upper torso. I stepped away from the melee to call for assistance.

While waiting for cover, I noticed the O.C. was not having an effect on RINEHART or PHILLIPS. RINEHART had PHILLIPS pinned to the floor and was repeatedly striking him about the upper torso and head. I reentered the pod and gave a second set of verbal commands to stop. Both inmates ignored the commands and continued to batter one another. To prevent either inmate from inflicting serious bodily harm to the other, I delivered a two second stream of O.C. directly to facial area of RINEHART and PHILLIPS. I continuously gave verbal commands until RINEHART and PHILLIPS stopped and separated from each other.

About 0847 hours, Deputy D. ANDERSON # 1253 arrived on scene.

Once the inmates were separated, PHILLIPS was placed into the West Isolation Cell where he had access to water. Deputy ANDERSON took RINEHART to the Quasi-yard where he was given access to the water hose.

I notified Sergeant P.M. JONES # 779 regarding the incident and the use of force.

About 0852 hours, LVN Nurse S. ANDERSON arrived to medically examine RINEHART and PHILLIPS for their injuries and exposure to the O.C.

Nurse ANDERSON medically treated RINEHART for a 1 ½" abrasion to his right wrist, a 2 ½" abrasion to his left chest, and a 1" abrasion to the right cheek next to the bridge of his nose. Nurse ANDERSON medically cleared RINEHART to return to the Isolation Cell.

Nurse ANDERSON medically treated PHILLIPS for abrasions to his back, a 2 ½" abrasion to the right bicep, multiple abrasions to the face (varying in length and depth), and lacerations to both sides of his left middle finger. Nurse ANDERSON medically cleared PHILLIPS to return to the Isolation Cell and scheduled him for a follow up appointment the next day.

For possible witnesses, I contacted all the inmates housed in B-pod (see attached list).

| REPORTING OFFICER<br><br>M. TOLERO   # 1645 | CORPUS NUMBER<br><br>T2114 | SECTION<br><br>L.E.S. | DATE AND TIME WRITTEN<br><br>021407 / 0900 HOURS |
|---|---|---|---|



| Cr-5 (9/86) | ALAMEDA COUNTY SHERIFF'S OFFICE<br>CONTINUATION REPORT FORM | | |
|---|---|---|---|
| CRIME / INCIDENT<br>PC 242 | CONTINUATION [X]  SUPPLEMENT [ ]  STATEMENT [ ]<br>VICTIM<br>RINEHART, HARRISON | CASE NO.<br>07-002955 | PAGE<br>5 OF 9 |

About 1045 hours, I spoke with Royce PEARSON (ALT125) who is housed in B-pod cell 5. PEARSON saw PHILLIPS come into B-pod, talk to RINEHART thru the cell door, exit the pod, and then re-enter the pod. When PHILLIPS came back in, the door to cell 3 opened and RINEHART and PHILLIPS began to fight. PEARSON does not know either persons name but can identify them. See PEARSON'S signed statement.

About 1100 hours, I spoke with Christopher JENKINS (UKM842) who is housed in B-pod cell 3 with RINEHART. JENKINS said he had finished breakfast and went into the cell with RINEHART. RINEHART closed the door and the door locked. A few minutes later PHILLIPS came to the cell door and the door open. RINEHART stepped out of the cell and a fight started. JENKINS did not know what the fight was about. JENKINS does not know PHILLIPS or his name but can identify him. See JENKINS' signed statement.

I contacted Technician RICHARDSON and was told the following. All of the inmates in B-pod had returned to their cells. PHILLIPS, who is an assigned pod worker, requested to go into B-pod to clean. Prior to entering, he requested to have cell door B03 opened. RICHARDSON was under the impression PHILLIPS had to retrieve a breakfast tray or trash from the cell, so RICHARDSON electronically opened the B03 door.

PHILLIPS walked to the cell B03 and opened the door. RINEHART exited the cell. PHILLIPS walked towards RINEHART in an aggressive manner and began to argue with RINEHART. RINEHART attempted to retreat but was grabbed by PHILLIPS. RINEHART and PHILLIPS began to fight and continued until they were sprayed with OC. Refer to RICHARDSON'S supplemental report.

About 1300 hours, I contacted RINEHART. RINEHART said PHILLIPS came to the cell door and began to argue with him. When the cell door opened PHILLIPS began to challenge RINEHART. Then PHILLIPS hit RINEHART and the two began to fight. RINEHART does not know why PHILLIPS was mad or why he assaulted him. RINEHART does not want to pursue criminal charges against PHILLIPS and only requests PHILLIPS be kept away from him. See RINEHART'S signed statement.

About 1400 hours, I spoke with PHILLIPS. PHILLIPS said all the inmates in B-pod have been treating the pod workers unfairly, especially RINEHART. PHILLIPS was tired of being disrespected and decided to fight with RINEHART. PHILLIPS admitted to deceiving RICHARDSON to open cell B03 door. Once the door was open PHILLIPS began to fight with RINEHART. PHILLIPS does not want to purse criminal charges against RINEHART. See PHILLIPS' signed statement.

I took fourteen digital photographs of RINEHART'S and PHILLIPS' injuries, the area where the fight occurred and the locking system of the cell door. See attached.

Classification was notified of the incident and keep separates are to be issued for RINEHART and PHILLIPS.

PHILLIPS was moved to Housing Unit 4 and his status as a pod worker was removed.

This report is for information only.

| REPORTING OFFICER<br>M. TOLERO  # 1645 | CORPUS NUMBER<br>T2114 | SECTION<br>L.E.S. | DATE AND TIME WRITTEN<br>021407 / 0900 HOURS |
|---|---|---|---|



# ALAMEDA COUNTY SHERIFF'S DEPARTMENT
## STATEMENT FORM

CR-6 (9/88)

| CRIME / INCIDENT | ADMONISHED STATEMENT [ ] | VICTIM/WITNESS STATEMENT [X] | CASE NO. | PAGE |
|---|---|---|---|---|
| PC 242 | VICTIM RINEHART, HARRISON | | 07-002955 | 6 OF 9 |

**ADMONITION:** I want to advise you: (1) You have the right to remain silent; (2) Anything you say, can and will be used against you in a court of law; (3) You have the right to talk to a lawyer and have him present while you are being questioned; (4) If you cannot afford to hire a lawyer, one will be appointed to represent you, free of charge, before any questioning, if you wish one.

**WAIVER:** Do you understand each of these rights I have explained to you? _____

Having these rights in mind, do you wish to talk to us now? _____

I have been advised of my rights and understand what they are.  Signed: _____  Date: _____

STATEMENT OF:  Witness: _____  Time: _____

| NAME (LAST, FIRST, MIDDLE) | INVOLVMT | RESIDENCE ADDR: SS, CITY, ZIP | | RES. PHONE |
|---|---|---|---|---|
| PEARSON ROYCE ALTIZS | W1 | SEE CR-1 | | |
| DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DL# | STATE | SSN, OTHER # |
| 03 30 59 | B/M | | | | | |

BUSINESS NAME, ADDRESS, CITY, ZIP | OCCUPATION | BUS PHONE

TODAY 2|1|07 I SAW THE POD WORKER, WHO IS A BLACK MALE, WHOM I CAN IDENTIFY COME INTO BPID GO TO CELL #3 AND TALK TO THE INMATE IN THE CELL THRU THE DOOR. THE WORKER WENT OUT OF THE POD THEN CAME BACK IN. HE WENT TO THE DOOR OF CELL #3, THE DOOR POPPED OPEN THEN THEY STARTED TO FIGHT. I WAS IN MY CELL #5 AND COULD SEE THRU THE WINDOW OF MY DOOR WHAT HAPPENED. THE OTHER GUY, WHO IS IN CELL #3 I CAN IDENTIFY BUT DON'T KNOW HIS NAME. THIS A TRUE STATEMENT WRITTEN ON MY BEHALF BY DEPUTY M. TOLERO. X — Royce A. Pearson

| REPORTING OFFICER | CORPUS NUMBER | SECTION | DATE AND TIME WRITTEN |
|---|---|---|---|
| M. TOLERO  1645 | T2114 | DFC | 02|1|07 / 1045 HOURS |

# ALAMEDA COUNTY SHERIFF'S DEPARTMENT
## STATEMENT FORM

CR-6 (9/88)

| CRIME / INCIDENT | ADMONISHED STATEMENT [ ] | VICTIM/WITNESS STATEMENT [X] | CASE NO. | PAGE |
|---|---|---|---|---|
| PC 242 | VICTIM: RINEHART, HARRISON | | 07-002955 | 7 OF 9 |

**ADMONITION:** I want to advise you: (1) You have the right to remain silent; (2) Anything you say, can and will be used against you in a court of law; (3) You have the right to talk to a lawyer and have him present while you are being questioned; (4) If you cannot afford to hire a lawyer, one will be appointed to represent you, free of charge, before any questioning, if you wish one.

**WAIVER:** Do you understand each of these rights I have explained to you? _____

Having these rights in mind, do you wish to talk to us now? _____

I have been advised of my rights and understand what they are. Signed: _____ Date: _____

**STATEMENT OF:** Witness: _____ Time: _____

| NAME (LAST, FIRST, MIDDLE) | INVOLVMT | RESIDENCE ADDRESS, CITY, ZIP | | | RES. PHONE |
|---|---|---|---|---|---|
| JENKINS, CHRISTOPHER | W1 | SEE CR-1 | | | |
| DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DL # | STATE | SSN, OTHER # |
| 08 19 49 | B/M | | | | | UKM842 |
| BUSINESS NAME, ADDRESS, CITY, ZIP | | | OCCUPATION | | BUS PHONE |

I LIVE IN CELL #3 WITH HARRISON RINEHART. THIS MORNING 2-11-07 AFTER BREAKFAST HARRISON AND I WENT BACK TO OUR CELL. HARRISON CLOSED THE DOOR AND THE DOOR LOCKED. A FEW MINUTES LATER THE POD WORKER, WHO IS A BLACK MALE WITH SHORT BLACK HAIR 5'10" OR 5'11" 170 POUNDS, CAME TO THE CELL DOOR AND BEGAN TO ARGUE WITH HARRISON. I DON'T KNOW THE WORKERS NAME OR WHAT THEY WERE ARGUING ABOUT. ALL OF A SUDDEN THE DOOR WHICH WAS LOCKED POPPED OPEN AND THEN HARRISON STEPPED OUT AND THEY BEGAN TO FIGHT. I DIDN'T SEE WHO THREW THE FIRST PUNCH. I STAYED ON MY BED AND DIDN'T WANT TO GET INVOLVED. THEN DEPUTYS CAME IN AND SPRAYED THEM WITH THE MACE STUFF. THE DEPUTYS DID NOT HIT KICK OR PUNCH THEM. THE MACE WAS ENOUGH TO STOP STOP THEM. THIS IS A TRUE STATEMENT WRITTEN ON MY BEHALF BY DEPUTY M. TOLERO. I HAVE READ THIS STATEMENT. X Christopher Jenkins

| REPORTING OFFICER | CORPUS NUMBER | SECTION | DATE AND TIME WRITTEN |
|---|---|---|---|
| M. TOLERO 1645 | T2114 | D&C | 021407 / 1100 HOURS |

## ALAMEDA COUNTY SHERIFF'S DEPARTMENT
### STATEMENT FORM

CR-6 (9/88)

| CRIME / INCIDENT | ADMONISHED STATEMENT [ ] | VICTIM/WITNESS STATEMENT [X] | CASE NO. | PAGE |
|---|---|---|---|---|
| PC 242 | VICTIM: RINEHART, HARRISON | | 07-002955 | 8 OF 9 |

**ADMONITION:** I want to advise you: (1) You have the right to remain silent; (2) Anything you say, can and will be used against you in a court of law; (3) You have the right to talk to a lawyer and have him present while you are being questioned; (4) If you cannot afford to hire a lawyer, one will be appointed to represent you, free of charge, before any questioning, if you wish one.

**WAIVER:** Do you understand each of these rights I have explained to you? _____

Having these rights in mind, do you wish to talk to us now? _____

I have been advised of my rights and understand what they are. Signed: _____ Date: _____

STATEMENT OF: _____ Witness: _____ Time: _____

| NAME (LAST, FIRST, MIDDLE) | INVOLVMT | RESIDENCE ADDRESS, CITY, ZIP | | RES. PHONE |
|---|---|---|---|---|
| RINEHART, HARRISON | | SEE CR-1 | | |
| DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DL # | STATE | SSN, OTHER # |
| 11 05 58 | B/M | | | | | AM3221 |
| BUSINESS NAME, ADDRESS, CITY, ZIP | | | OCCUPATION | BUS PHONE |

TODAY 021107 AFTER BREAKFAST I WENT BACK INTO MY CELL #3 IN B POD I CLOSED THE DOOR AND IT LOCKED. WHILE I WAS LOCKED IN MY CELL THE POD WORKER, WHO IS A BLACK MALE 5'07" 180 POUNDS HAS A BIG NOSE SHORT BLACK HAIR, CAME TO THE CELL DOOR #3 AND STARTED TO SAY, "YOU GOT ANYTHING TO SAY TO ME SAY IT TO MY FACE." HE ALSO SAID, "WAIT TILL THE DOORS POP THEN ITS ON." I DID NOT THINK HE WAS SERIOUS SO I DIDN'T PAY ATTENTION TO HIM THE WORKER WALKED OUT OF B POD SAID SOMETHING INTO THE MAIL SLOT TO THE CONTROL ROOM THEN WALKED BACK. HE WAS ABOUT TEN FEET FROM THE #3 CELL DOOR WHEN IT POPPED OPEN. HE WALKED TO THE DOOR AND OPENED IT HE STARTED TO SAY, "WHAT YOU GONNA DO!" THEN HE HIT ME. WE BOTH STARTED TO FIGHT. THE DEPUTY CAME INTO THE POD AND SPRAYED US. THE DEPUTY DID NOT HIT, KICK OR PUNCH US HE JUST SPRAYED US. I DON'T KNOW WHY THE WORKER WAS MAD AT ME. I THINK HE WAS MAD BECAUSE I'M TRYING TO DO THE CLEANING AND POD WORK FOR B-POD. HE MIGHT THINK I'M TRYING TO TAKE HIS JOB. I DON'T WANT TO PURSUE A CRIMINAL COMPLAINT AGAINST THE POD WORKER. I WAS TOLD BY DEPUTY M. TOLERO HIS NAME IS KARL PHILLIPS. I DON'T WANT TO PURSUE A COMPLAINT AGAINST KARL PHILLIPS I WANT HIM TO BE KEPT AWAY FROM ME. THIS IS A TRUE STATEMENT WRITTEN ON MY BEHALF BY DEPUTY M. TOLERO I HAVE READ THIS STATEMENT X [signature]

| REPORTING OFFICER | CORPUS NUMBER | SECTION | DATE AND TIME WRITTEN |
|---|---|---|---|
| M. TOLERO #1645 | T2114 | DFC | 021107   1300 |

# ALAMEDA COUNTY SHERIFF'S DEPARTMENT
## STATEMENT FORM

CR-6 (9/88)

| CRIME / INCIDENT | ADMONISHED STATEMENT [ ] | VICTIM/WITNESS STATEMENT [ ] | CASE NO. | PAGE |
|---|---|---|---|---|
| PC 242 | VICTIM: RINEHART, HARRISON | | 07-002955 | 9 OF 9 |

**ADMONITION:** I want to advise you: (1) You have the right to remain silent; (2) Anything you say, can and will be used against you in a court of law; (3) You have the right to talk to a lawyer and have him present while you are being questioned; (4) If you cannot afford to hire a lawyer, one will be appointed to represent you, free of charge, before any questioning, if you wish one.

**WAIVER:** Do you understand each of these rights I have explained to you? _____

Having these rights in mind, do you wish to talk to us now? _____

I have been advised of my rights and understand what they are. Signed:_____ Date:_____

STATEMENT OF: _____ Witness:_____ Time:_____

| NAME (LAST, FIRST, MIDDLE) | INVOLVMT | RESIDENCE ADDRESS, CITY, ZIP | | | RES. PHONE |
|---|---|---|---|---|---|
| PHILLIPS, CARL (A0B577) | | SEE CR-3 | | | |
| DOB | RACE/SEX | HAIR/EYES | HEIGHT/WEIGHT | DL # | STATE | SSN, OTHER # |
| 12 05 61 | B/M | | | | | |
| BUSINESS NAME, ADDRESS, CITY, ZIP | | | OCCUPATION | | BUS PHONE |

FOR SEVERAL WEEKS ALL OF THE INMATES IN BPOD HAVE BEEN DISRESPECTING ME AND THE OTHER POD WORKERS. THIS MORNING THE INMATE IN CELL #3 WAS GESTICULATING AND MOUTHING COMMENTS. I FINALLY HAD ENOUGH I ASKED THE TECH TO POP OPEN THE DOOR. THE TECH DID NOT KNOW WHY. USUALLY THE OPEN THE DOORS SO WE CAN RETRIEVE THINGS FROM THE CELL LIKE TRAYS AND GARBAGE. THE TECH POPPED THE DOOR LIKE I ASKED SO I WENT TO THE CELL THEN THE FIGHT WAS ON. THE TECH DID NOT KNOW WHAT HAPPENED. WE STOPPED AFTER WE GOT SPRAYED BY THE DEPUTY. I DON'T WANT TO PURSUE CHARGES AGAINST THE OTHER GUY. I WAS TOLD BY DEPUTY M. TOLERO THAT THE OTHER GUY'S NAME IS HARRISON RINEHART. I DON'T WANT TO PRESS CHARGES AGAINST RINEHART. THIS TRUE STATEMENT WAS WRITTEN FOR ME BY DEPUTY TOLERO I HAVE READ THIS STATEMENT. X Carl Phillips X

| REPORTING OFFICER | CORPUS NUMBER | SECTION | DATE AND TIME WRITTEN |
|---|---|---|---|
| M. TOLERO #1645 | T2114 | REC | 021107   1400 HOURS |

M. TOLERO #1645
RPT# 07-02955

# B-POD          02-11-07

| | | |
|---|---|---|
| 01 | ULI742 | KELLY, ADAM |
| 01 | AQM408 | GIRALDEZ, ANTHONY NMN |
| 02 | AWB130 | MURPHY, DAVID NMN |
| 02 | BFQ095 | CORNETT, JOSEPH |
| 03 | AMB221 | RINEHART, HARRISON M |
| 03 | UKM842 | JENKINS, CHRISTOPHER |
| 04 | ULD413 | DEROUEN, NOLAN |
| 04 | AYY912 | AUSTIN, FRANK NMN |
| 05 | ALT125 | PEARSON, ROYCE ANTHONY |
| 05 | | -AVAILABLE- |
| 06 | AWA195 | LEONE, JAMES NMN |
| 06 | ATC000 | BOYD, SEAN EDWARD |
| 07 | ARU053 | MOPPIN, ANTHONY DARNELL |
| 07 | BEI425 | SAMONEK, TORRE |
| 08 | ULD735 | HAWKINS, ANTHONY |
| 08 | | -AVAILABLE- |
| 09 | BDZ947 | KING, MICHAEL LAMONT |
| 09 | AHR712 | JACKSON, LESTER NMN |
| 10 | AXM646 | USHER, ROMAIN NMN |
| 10 | BCP880 | CARTER, DAVID |
| 11 | BAB782 | LEE, THEODORE NMN |
| 11 | BAV719 | POSEY, BO C |
| 12 | BBB277 | GONZALEZ, EDUARDO CEBALLOS |
| 12 | ULF171 | GUTIERREZ, RIGOBERTO |
| 13 | ATE461 | TEJEDA, JOSE NMN |
| 13 | ULI224 | FERREIRA, JOSE |
| 14 | BFR110 | WHITAKER, MARQUES |
| 14 | AIU989 | CLEVLAND, WAYNE ALLEN |