J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
BRENDAN KENNY (SBN 237969)
bkenny@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 925
Oakland, California 94612
Tel.: (510) 287-4160
Fax: (510) 287-4161

Attorneys for Defendants
SHERIFF GREGORY AHERN and
SHERIFF'S TECHNICIAN B. RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON RINEHART,<br><br>   Plaintiffs,<br><br>v.<br><br>GREG AHERN- SHERIFF, ET AL. and<br>RICHARDSON - TECHNICIAN,<br><br>   Defendants. | Case No.: CV 07-02558 MJJ (PR)<br><br>**DECLARATION OF SHERIFF'S TECHNICIAN B. RICHARDSON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (FEDERAL RULE OF CIVIL PROCEDURE 56)**<br><br>No hearing pursuant to 7-30-07 order<br><br>Action Filed: May 15, 2007<br>Trial Date: TBD |

I, SHERIFF'S TECHNICIAN B. RICHARDSON, #400 declare:

1. I am currently employed by the Alameda County Sheriff's Office ("Sheriff's Office") as a Sheriff's Technician. I have been employed by the Sheriff's Office since 2002. By virtue of my employment, I have personal knowledge and am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.

2. I have worked in various divisions of the Sheriff's Office, including as a Sheriff's Safety Aid at the Oakland International Airport in the Airport Police Services Division and as a Sheriff's Technician at Santa Rita Jail. I have worked at Santa Rita Jail as a Sheriff's Technician from October 23, 2005 to the present.

3. On February 11, 2007, I was assigned to Housing Unit # 8 at Santa Rita Jail. At that

time, I was assigned to Housing Unit # 8 for my Saturday shift. Unit # 8 is one of two contract housing units at Santa Rita Jail made up exclusively of California Department of Corrections and Rehabilitation ("CDCR") inmates. The inmates are housed at Santa Rita pursuant to an agreement between CDCR and the Alameda County Sheriff's Office.

4. At approximately 8:43 a.m. on Saturday, February 11, 2007, I was working as a Sheriff's Technician at Housing Unit # 8. At 8:45 a.m., there was an incident of mutual combat between inmate Harrison Rinehart and inmate Carl Phillips. Following the incident, I personally prepared a report documenting what I observed prior to, during, and immediately following the incident. This report sets forth in greater detail what occurred. The report was based on my personal observations and recollection and was prepared immediately following the incident. After finishing the report, I provided it to Deputy M. Tolero, and it was added as a supplement to his original report. Reports of this sort are kept in the ordinary course of business as a business record of Santa Rita Jail. The information goes into the database at or near the time of the acts, conditions or events described in the records, and thereafter is stored in the database. This information can be printed or produced in paper form.

5. Attached hereto as Exhibit A is a true and correct copy of the report.

6. The care, custody, and control of inmates at Santa Rita Jail, as well as the safety of staff and inmates, are always a top priority. On February 11, 2007, I took all appropriate measures to assure the heath and safety of inmate Harrison Rinehart and the inmates and staff at the facility.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on October 22, 2007, at Dublin, California.

S/T B. Richardson #400 ACSO
SHERIFF'S TECH. B. RICHARDSON, #400, ACSO

{00051406.DOC/}RMS 0666
DECLARATION OF B. RICHARDSON, # 400 IN SUPPORT OF MSJ

*Rinehart v. Adhern, et al.* - C07 2558 MJJ (PR)

EXHIBIT A

## ALAMEDA COUNTY SHERIFF'S OFFICE
## CONTINUATION REPORT FORM

CR-5 (9/86)

| CRIME/INCIDENT | CONTINUATION [ ] | SUPPLEMENT [X] | CASE NO. 07-02955 | PAGE 1 OF 1 |
|---|---|---|---|---|
| 242 PC | | SUSPECT: PHILLIPS, Carl (AOB577) | | |

On February 11, 2007 at 0843 hours, I was working as a Sheriff's Technician in Housing Unit #8 when the following incident occurred. All of the inmates in B-POD had locked down after eating breakfast. At 0845 hours, inmate Carl PHILLIPS (PFN #AOB577), who is the designated Pod Worker for D-POD, rang the dining room door bell to access entry into the pod to pick up the dining trays and trash. PHILLIPS is one of only three cleared Pod Workers in Housing Unit #8, therefore it is not uncommon for the workers to clean and be responsible for more than one pod. Prior to entering B-Pod, PHILLIPS requested me to open cell number B-03. Since B-Pod had just locked down, I was under the impression that PHILLIPS needed to collect a tray or trash from the cell. PHILLIPS made his request calmly and provided no indication that he had any confrontation with any of the inmates in B-pod during breakfast.

I granted PHILLIPS request and opened cell number B-03. PHILLIPS calmly walked over to the cell. Inmate Harrison RINEHART (PFN# AMB221) calmly stepped out of his cell to see what PHILLIPS wanted. PHILLIPS walked up to RINEHART in an aggressive manner and started arguing with RINEHART literally bumping chests with him. RINEHART began retreating backward and was completely caught off guard. Without any provocation, PHILLPS then grabbed RINEHART and the two began wrestling on the floor. I immediately called Deputy M. TOLERO #1645 who was standing in front of the East deputy's office to advise him of the fight in B-Pod. I advised of the in-progress fight via the SRJ base radio for further assistance.

Deputy TOLERO entered B-Pod and stood at a safe distance as PHILLIPS and RHINEHART continued wrestling on the floor. Deputy TOLERO gave verbal instructions to both inmates to separate. Neither inmate complied immediately so Deputy TOLERO pulled out his departmental issued OC spray from his duty belt and sprayed both inmates. Other deputies arrived to help separate and secure both PHILLIPS and RINEHART. Both inmates were escorted to separate isolation cells. At 0852 hours, Nurse Anderson arrived and treated both inmates for their injuries. This is a supplement to Deputy TOLREO'S original report number 07- 02955.

| REPORTING OFFICER | CORPUS NUMBER | SECTION | DATE AND TIME WRITTEN |
|---|---|---|---|
| S/T RICHARDSON, B #400 | R3952 | D & C | 02/11/07    0900 |



EXHIBIT A