J. RANDALL ANDRADA
(510) 287-4163

TEL: (510) 287-4160
FAX: (510) 287-4161

**ANDRADA & ASSOCIATES**

BRENDAN KENNY        (510) 287-4168
ALICIA KENNON        (510) 287-4187
CATHERINE WHEELER    (510) 287-4165
ANGELA STINCHFIELD   (510) 287-4170
CHRISTINA VAN WERT   (510) 287-2910
AMELIA SANDOVAL      (510) 287-2909

March 10, 2008

Honorable Martin J. Jenkins
Courtroom 11, 19th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Harrison Rinehart v. Greg Ahern, et al.*
           U.S. District Court, Northern District of Calif. Case No. CV 07-02558 MJJ (PR)
           Our File No.:    RMS 0666

Dear Judge Jenkins:

Plaintiff, an inmate in the Santa Rita Jail, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that jail officials allowed him to be assaulted by another inmate, resulting in serious injuries to plaintiff, in violation of the Eighth Amendment.

On July 26, 2007, this Court issued an Order that directed defendants to file a dispositive motion and provided that plaintiff's opposition to defendants' motion for summary judgment "shall be filed with the Court and served on defendants no later than thirty (30) days from the defendants' motion," pursuant to Federal Rule of Civil Procedure 56.

Defendants Sheriff's Technician Richardson and Sheriff Gregory Ahern filed a motion for summary judgment on October 24, 2007. The grounds for the motion were that plaintiff could not establish deliberate indifference on part of Sheriff's Technician Richardson and that Richardson was entitled to qualified immunity.

Honorable Martin J. Jenkins
March 10, 2008
Page 2

      Plaintiff's opposition to the motion was due on November 24, 2007. No opposition was filed.

      Given plaintiff's failure to file an opposition per the Court's Order and FRCP 56, defendants respectfully request that this Court grant their motion for summary judgment and dismiss plaintiff's suit.

Very truly yours,

**ANDRADA & ASSOCIATES**

*[signature]*

BRENDAN KENNY

BK:CVW/hs

cc:    Harrison Rinehart
        2818 – 60th Avenue
        Oakland, CA 94605

{00049962.DOC/}