J. RANDALL ANDRADA
(510) 287-4163

TEL:    (510) 287-4160
FAX:    (510) 287-4161

# ANDRADA
## &
# ASSOCIATES

BRENDAN KENNY        (510) 287-4168
ALICIA KENNON        (510) 287-4187
CATHERINE WHEELER    (510) 287-4165
CHRISTINA VAN WERT   (510) 287-2910
AMELIA SANDOVAL      (510) 287-2909

---

April 14, 2008

Honorable Marilyn Hall Patel
Courtroom 15, 18th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

     Re:    *Harrison Rinehart v. Greg Ahern, et al.*
     U.S. District Court, Northern District of Calif. Case No.: CV 07-02558 MHP
     Our File No.:    RMS 0666

Dear Judge Patel:

     This regards the reassignment of the above-captioned case to Your Honor. On March 10, 2008, I sent a letter to Judge Jenkins requesting that the Court grant the defendants' motion for summary judgment. I enclose the letter.

     The defendants filed the motion for summary judgment on October 24, 2007. The plaintiff has not filed an opposition to the motion for summary judgment. Per Judge Jenkin's June 26, 2007 order and FRCP 56, the defendants' motion for summary judgment should be granted.

     Thank you for your time and consideration.

          Very truly yours,

          BRENDAN KENNY

BK/gl
Encl.
cc:    Harrison Rinehart
       2818 – 60th Avenue
       Oakland, CA 94605

---

**PROFESSIONAL CORPORATION**
**180 GRAND AVENUE, SUITE 225, OAKLAND, CALIFORNIA 94612**

{00054944.DOC/}

J. RANDALL ANDRADA
(510) 287-4163

# ANDRADA
# &
# ASSOCIATES

BRENDAN KENNY          (510) 287-4168
ALICIA KENNON          (510) 287-4187
CATHERINE WHEELER  (510) 287-4165
ANGELA STINCHFIELD  (510) 287-4170
CHRISTINA VAN WERT  (510) 287-2910
AMELIA SANDOVAL      (510) 287-2909

TEL:    (510) 287-4160
FAX:    (510) 287-4161

---

March 10, 2008

Honorable Martin J. Jenkins
Courtroom 11, 19th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:   *Harrison Rinehart v. Greg Ahern, et al.*
         U.S. District Court, Northern District of Calif. Case No. CV 07-02558 MJJ (PR)
         Our File No.:      RMS 0666

Dear Judge Jenkins:

    Plaintiff, an inmate in the Santa Rita Jail, filed this pro se civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that jail officials allowed him to be assaulted by another inmate, resulting in serious injuries to plaintiff, in violation of the Eighth Amendment.

    On July 26, 2007, this Court issued an Order that directed defendants to file a dispositive motion and provided that plaintiff's opposition to defendants' motion for summary judgment "shall be filed with the Court and served on defendants no later than thirty (30) days from the defendants' motion," pursuant to Federal Rule of Civil Procedure 56.

    Defendants Sheriff's Technician Richardson and Sheriff Gregory Ahern filed a motion for summary judgment on October 24, 2007. The grounds for the motion were that plaintiff could not establish deliberate indifference on part of Sheriff's Technician Richardson and that Richardson was entitled to qualified immunity.

---

PROFESSIONAL CORPORATION
180 GRAND AVENUE, SUITE 225, OAKLAND, CALIFORNIA 94612

{00054300.DOC/}

Honorable Martin J. Jenkins
March 10, 2008
Page 2


Plaintiff's opposition to the motion was due on November 24, 2007.  No opposition was filed.

Given plaintiff's failure to file an opposition per the Court's Order and FRCP 56, defendants respectfully request that this Court grant their motion for summary judgment and dismiss plaintiff's suit.

Very truly yours,

ANDRADA & ASSOCIATES

BRENDAN KENNY

BK:CVW/hs

cc:     Harrison Rinehart
        2818 – 60th Avenue
        Oakland, CA  94605