**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON RINEHART, | No. C 07-2558 MHP (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREG ADHERN - SHERIFF; et al., | |
| Defendants. | |

Judgment is now entered in defendants favor and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 20, 2008

_____
Marilyn Hall Patel
United States District Judge