UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON RINEHART,<br><br>        Plaintiff,<br><br>v.<br><br>GREG ADHERN et al,<br><br>        Defendant. | Case Number: CV07-02558 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harrison Rhinehart
2818 60th Avenue
Oakland, CA 94605

Dated: May 22, 2008

                                                        Richard W. Wieking, Clerk
                                                        By: Anthony Bowser, Deputy Clerk